UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP E. WRIGHT

v.                                                1:06CV00526
                                                  JDBATES

FOREIGN SERVICE GRIEVANCE BOARD, et al.

AFFIDAVIT OF SERVICE

I, Phillip E. Wright, hereby declare that on the 8th of July 2006, I delivered to UPS a copy of the summons and complaint for delivery to Condoleezza Rice in her official capacity as United States Secretary of State. Attached is documentation indicating delivery by UPS to Condoleezza Rice in her official capacity as United States Secretary of State on July 10th 2006.

Phillip E. Wright, pro se
4260 Franklin Street
China Grove, NC 28023
Tel: (704) 796-2272
E-mail: pwrightjr1@yahoo.com

RECEIVED
JUL 11 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT



July 10, 2006
Shipper A207W6
Page 1 of 1

ATTN : THOMAS MCKEON
PHONE : (703)726-8740

## DELIVERY NOTIFICATION                                    FAX RESPONSE

**INQUIRY FROM:**  MARY HOLLERAN
THE UPS STORE
44050 ASHBURN SHOPPING PLZ
ASHBURN VA 20147

**SHIPMENT TO:** NA
2201 C ST NW
WASHINGTON DC 20520

Shipper Number............................A207W6        Tracking Identification Number...1ZA207W62445112667

According to our records **1** parcel was delivered on **07/10/06** at **9:24 A.M.**, and left at **DOCK**. The shipment was signed for by **HARRISON** as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO/STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| A207W6 |  | 1ZA207W62445112667 | 2201 C ST NW WASHINGTON | *[signature]* |

GSP3096:000A0000




Home | About UPS | Contact UPS | Getting Started @ UPS.com

UPS Uni

Shipping | Tracking | Support | Business Solutions

Log-In  User ID:　　　　Password:　　 | Forgot Password

Tracking

→ **Track by Tracking Number**
> Track by E-mail
> Import Tracking Numbers
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking
→ Void a Shipment
→ Help

## Track by Tracking Number

**View Details**

| | |
|---|---|
| Status: | Delivered |
| Delivered on: | 07/10/2006 9:24 A.M. |
| Signed by: | HARRISON |
| Location: | DOCK |
| Delivered to: | WASHINGTON, DC, US |
| Shipped or Billed on: | 07/08/2006 |
| Tracking Number: | 1Z A20 7W6 24 4511 266 7 |
| Service Type: | NEXT DAY AIR |



**Package Progress:**

| Location | Date | Local Time | Activity |
|---|---|---|---|
| LANDOVER, DC, US | 07/10/2006 | 9:24 A.M. | DELIVERY |
| LANDOVER, MD, US | 07/10/2006 | 7:35 A.M. | OUT FOR DELIVERY |
| | 07/10/2006 | 4:38 A.M. | ARRIVAL SCAN |
| LAUREL, MD, US | 07/10/2006 | 3:38 A.M. | DEPARTURE SCAN |
| LAUREL, MD, US | 07/09/2006 | 11:47 P.M. | ARRIVAL SCAN |
| NEWARK, NJ, US | 07/09/2006 | 8:04 P.M. | DEPARTURE SCAN |
| LOUISVILLE, KY, US | 07/09/2006 | 3:49 P.M. | DEPARTURE SCAN |
| | 07/09/2006 | 9:39 A.M. | ARRIVAL SCAN |
| ALEXANDRIA, VA, US | 07/08/2006 | 10:07 P.M. | DEPARTURE SCAN |
| | 07/08/2006 | 7:00 P.M. | ARRIVAL SCAN |
| CHANTILLY, VA, US | 07/08/2006 | 6:38 P.M. | DEPARTURE SCAN |
| | 07/08/2006 | 6:01 P.M. | ORIGIN SCAN |
| | 07/08/2006 | 4:17 P.M. | PICKUP SCAN |
| US | 07/08/2006 | 6:17 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 07/11/2006 11:23 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tenc