UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP E. WRIGHT

v.                                                            1:06CV00526
                                                              JDBATES

FOREIGN SERVICE GRIEVANCE BOARD, et al.

AFFIDAVIT OF SERVICE

I, Phillip E. Wright, hereby declare that on the 8th of July 2006, I delivered to UPS a copy of the summons and complaint for delivery to the Foreign Service Grievance Board. Attached is documentation indicating delivery by UPS to the Foreign Service Grievance Board on July 10th 2006.

*Phillip E. Wright*
Phillip E. Wright, pro se
4260 Franklin Street
China Grove, NC 28023
Tel: (704) 796-2272
E-mail: pwrightjr1@yahoo.com

RECEIVED
JUL 11 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT



July 10, 2006
Shipper A207W6
Page 1 of 4

ATTN : THOMAS MCKEON
PHONE : (703)726-8740

## DELIVERY NOTIFICATION                                    FAX RESPONSE

| INQUIRY FROM: | MARY HOLLERAN<br>THE UPS STORE<br>44050 ASHBURN SHOPPING PLZ<br>ASHBURN  VA 20147 |
|---|---|
| SHIPMENT TO: | FOREIN SERVICE GREVANCE BOAR<br>1800 N KENT ST STE3100<br>ARLINGTON VA 22209 |
| Shipper Number............................A207W6 | Tracking Identification Number...1ZA207W62478447093 |

According to our records **1** parcel was delivered on **07/10/06** at **9:57 A.M.**. The shipment was signed for by **SPRIGGS**, and left at your **CUSTOMER'S FRONT DESK.**

GSP3096:000A0000




Home | About UPS | Contact UPS | Getting Started @ UPS.com

UPS Uni



**Tracking**

Log-In  User ID:  Password:  | Forgot Password

→ **Track by Tracking Number**
  > Track by E-mail
  > Import Tracking Numbers
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking
→ Void a Shipment
→ Help



## Track by Tracking Number

**View Details**

| | |
|---|---|
| Status: | Delivered |
| Delivered on: | 07/10/2006 9:57 A.M. |
| Signed by: | SPRIGGS |
| Location: | FRONT DESK |
| Delivered to: | ARLINGTON, VA, US |
| Shipped or Billed on: | 07/08/2006 |
| Tracking Number: | 1Z A20 7W6 24 7844 709 3 |
| Service Type: | NEXT DAY AIR |

**Package Progress:**

| Location | Date | Local Time | Activity |
|---|---|---|---|
| ALEXANDRIA, VA, US | 07/10/2006 | 9:57 A.M. | DELIVERY |
| | 07/10/2006 | 5:00 A.M. | OUT FOR DELIVERY |
| | 07/10/2006 | 4:50 A.M. | ARRIVAL SCAN |
| LAUREL, MD, US | 07/10/2006 | 3:50 A.M. | DEPARTURE SCAN |
| LAUREL, MD, US | 07/09/2006 | 11:47 P.M. | ARRIVAL SCAN |
| NEWARK, NJ, US | 07/09/2006 | 8:04 P.M. | DEPARTURE SCAN |
| | 07/09/2006 | 5:57 P.M. | ARRIVAL SCAN |
| LOUISVILLE, KY, US | 07/09/2006 | 3:49 P.M. | DEPARTURE SCAN |
| | 07/09/2006 | 9:39 A.M. | ARRIVAL SCAN |
| ALEXANDRIA, VA, US | 07/08/2006 | 10:07 P.M. | DEPARTURE SCAN |
| | 07/08/2006 | 7:00 P.M. | ARRIVAL SCAN |
| CHANTILLY, VA, US | 07/08/2006 | 6:38 P.M. | DEPARTURE SCAN |
| | 07/08/2006 | 6:01 P.M. | ORIGIN SCAN |
| | 07/08/2006 | 4:17 P.M. | PICKUP SCAN |
| US | 07/08/2006 | 6:17 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 07/11/2006 11:26 A.M. Eastern Time (USA)