UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP E. WRIGHT

           v.                                 1:06CV00526
                                                   JDBATES

FOREIGN SERVICE GRIEVANCE BOARD, et al.

AFFIDAVIT OF SERVICE

I, Phillip E. Wright, hereby declare that on the 8th of July 2006, I delivered to UPS a copy of the summons and complaint for delivery to the United States Attorney for the District of Columbia. Attached is documentation indicating delivery by UPS to the United States Attorney for the District of Columbia on July 10th 2006.

                                                          *Phillip E. Wright*
                                                          Phillip E. Wright, pro se
                                                          4260 Franklin Street
                                                          China Grove, NC 28023
                                                          Tel: (704) 796-2272
                                                          E-mail: pwrightjr1@yahoo.com

RECEIVED
JUL 11 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT



July 10, 2006
Shipper A207W6
Page 3 of 4

ATTN : THOMAS MCKEON
PHONE : (703)726-8740

## DELIVERY NOTIFICATION      FAX RESPONSE

**INQUIRY FROM:**    MARY HOLLERAN
THE UPS STORE
44050 ASHBURN SHOPPING PLZ
ASHBURN VA 20147

**SHIPMENT TO:** US ATY OFFICE
501 3RD ST NW
WASHINGTON DC 20001

Shipper Number............................A207W6       Tracking Identification Number...1ZA207W62445114316

According to our records **1** parcel was delivered on **07/10/06** at **9:34 A.M.**, and left at **OFFICE**. The shipment was signed for by **CARSON** as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO/STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| A207W6 | | 1ZA207W62445114316 | 501 3RD ST NW WASHINGTON | *(signature)* |

GSP3096:000A0000






Home | About UPS | Contact UPS | Getting Started @ UPS.com

UPS Uni

Shipping | Tracking | Support | Business Solutions

Tracking

Log-In  User ID:          Password:           | Forgot Password

- **Track by Tracking Number**
  - Track by E-mail
  - Import Tracking Numbers
- Track by Reference Number
- Track by Freight Tracking Number
- Track by Freight Shipment Reference
- Track with Quantum View
- Sign Up for Signature Tracking
- Void a Shipment
- Help

## Track by Tracking Number

**View Details**

| | |
|---|---|
| Status: | Delivered |
| Delivered on: | 07/10/2006 9:34 A.M. |
| Signed by: | CARSON |
| Location: | OFFICE |
| Delivered to: | WASHINGTON, DC, US |
| Shipped or Billed on: | 07/08/2006 |
| Tracking Number: | 1Z A20 7W6 24 4511 431 6 |
| Service Type: | NEXT DAY AIR |



**Package Progress:**

| Location | Date | Local Time | Activity |
|---|---|---|---|
| LANDOVER, DC, US | 07/10/2006 | 9:34 A.M. | DELIVERY |
| LANDOVER, MD, US | 07/10/2006 | 7:35 A.M. | OUT FOR DELIVERY |
| | 07/10/2006 | 3:38 A.M. | ARRIVAL SCAN |
| LAUREL, MD, US | 07/10/2006 | 2:38 A.M. | DEPARTURE SCAN |
| LAUREL, MD, US | 07/09/2006 | 11:47 P.M. | ARRIVAL SCAN |
| NEWARK, NJ, US | 07/09/2006 | 8:04 P.M. | DEPARTURE SCAN |
| | 07/09/2006 | 5:57 P.M. | ARRIVAL SCAN |
| LOUISVILLE, KY, US | 07/09/2006 | 3:49 P.M. | DEPARTURE SCAN |
| | 07/09/2006 | 9:39 A.M. | ARRIVAL SCAN |
| ALEXANDRIA, VA, US | 07/08/2006 | 10:07 P.M. | DEPARTURE SCAN |
| | 07/08/2006 | 7:00 P.M. | ARRIVAL SCAN |
| CHANTILLY, VA, US | 07/08/2006 | 6:38 P.M. | DEPARTURE SCAN |
| | 07/08/2006 | 6:00 P.M. | ORIGIN SCAN |
| | 07/08/2006 | 4:17 P.M. | PICKUP SCAN |
| US | 07/08/2006 | 6:17 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 07/11/2006 11:26 A.M. Eastern Time (USA)