UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP E. WRIGHT

v.                                                                1:06CV00526
                                                                  JDBATES

FOREIGN SERVICE GRIEVANCE BOARD, et al.

AFFIDAVIT OF SERVICE

I, Phillip E. Wright, hereby declare that on the 8th of July 2006, I delivered to UPS a copy of the summons and complaint for delivery to the United States Attorney General. Attached is documentation indicating delivery by UPS to the United States Attorney General on July 10th 2006.

*Phillip E. Wright*
Phillip E. Wright, pro se
4260 Franklin Street
China Grove, NC 28023
Tel: (704) 796-2272
E-mail: pwrightjr1@yahoo.com

RECEIVED
JUL 11 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

July 10, 2006
Shipper A207W6
Page 2 of 4



ATTN : THOMAS MCKEON
PHONE : (703)726-8740

## DELIVERY NOTIFICATION

## FAX RESPONSE

INQUIRY FROM: MARY HOLLERAN
THE UPS STORE
44050 ASHBURN SHOPPING PLZ
ASHBURN  VA 20147

| SHIPMENT TO: | DEPT OF JUSTICE 3370 V ST NE WASHINGTON DC 20018 |
|---|---|
| Shipper Number..............................A207W6 | Tracking Identification Number...1ZA207W62445114861 |

According to our records 1 parcel was delivered on **07/10/06** at **11:35 A.M.**. The shipment was signed for by **FRAIZER**, and left at **DOCK**.

GSP3096:000A0000



Home | About UPS | Contact UPS | Getting Started @ UPS.com



UPS Uni

Shipping | Tracking | Support | Business Solutions

**Tracking**

Log-In  User ID:          Password:           | Forgot Password

→ **Track by Tracking Number**
> Track by E-mail
> Import Tracking Numbers
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking
→ Void a Shipment
→ Help

### Track by Tracking Number

**View Details**

| | |
|---|---|
| Status: | Delivered |
| Delivered on: | 07/10/2006 11:35 A.M. |
| Signed by: | FRAIZER |
| Location: | DOCK |
| Delivered to: | WASHINGTON, DC, US |
| Shipped or Billed on: | 07/08/2006 |
| Tracking Number: | 1Z A20 7W6 24 4511 486 1 |
| Service Type: | NEXT DAY AIR |



**Package Progress:**

| Location | Date | Local Time | Activity |
|---|---|---|---|
| LANDOVER, DC, US | 07/10/2006 | 11:35 A.M. | PKG DELAY-ADD'L SECURITY CHEC OR OTHER AGENCY- BEYOND UPS ( |
| | 07/10/2006 | 11:35 A.M. | DELIVERY |
| LANDOVER, MD, US | 07/10/2006 | 7:35 A.M. | OUT FOR DELIVERY |
| | 07/10/2006 | 7:12 A.M. | A CORRECT CITY OR TOWN IS NEE DELIVERY. UPS IS ATTEMPTING TO THIS INFORMATION;THE ADDRESS CORRECTED. THE DELIVERY HAS B RESCHEDULED |
| | 07/10/2006 | 4:38 A.M. | ARRIVAL SCAN |
| LAUREL, MD, US | 07/10/2006 | 3:38 A.M. | DEPARTURE SCAN |
| LAUREL, MD, US | 07/09/2006 | 11:47 P.M. | ARRIVAL SCAN |
| NEWARK, NJ, US | 07/09/2006 | 8:04 P.M. | DEPARTURE SCAN |
| LOUISVILLE, KY, US | 07/09/2006 | 3:49 P.M. | DEPARTURE SCAN |
| | 07/09/2006 | 9:39 A.M. | ARRIVAL SCAN |
| ALEXANDRIA, VA, US | 07/08/2006 | 10:07 P.M. | DEPARTURE SCAN |
| | 07/08/2006 | 7:00 P.M. | ARRIVAL SCAN |
| CHANTILLY, VA, US | 07/08/2006 | 6:38 P.M. | DEPARTURE SCAN |
| | 07/08/2006 | 6:00 P.M. | ORIGIN SCAN |
| | 07/08/2006 | 4:17 P.M. | PICKUP SCAN |

|  |  |  |  |
|---|---|---|---|
| US | 07/08/2006 | 6:17 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 07/11/2006 11:32 A.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tend for you to UPS for delivery and for no other purpose. Any other use of UPS tracking syste information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Guide | Advan UPS Global | UPS Corporate

Copyright © 1994-2006 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | Tariff | Terms and Conditions of Service