**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PHILLIP E. WRIGHT<br>4260 Franklin Street<br>China Grove, NC 28023<br><br>        Plaintiff,<br><br>  v.<br><br>FOREIGN SERVICE GRIEVANCE BOARD,<br>UNITED STATES DEPARTMENT, and<br>CONDOLEEZA RICE, in her official<br>capacity as United States<br>Secretary of State,<br><br>        Defendants. | Civil Action No. 06-0526(JDB) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

                                      Respectfully submitted,

                                      ____/s/_____
                                      DIANE M. SULLIVAN, D.C. Bar #12765
                                      Assistant United States Attorney
                                      555 Fourth Street, N.W.
                                      Civil Division
                                      Washington, D.C.  20530
                                      (202)514-7205