## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____ )
PHILLIP E. WRIGHT,                )
                                  )
            Plaintiff,            )
                                  )
        v.                        )    Civil Action No. 06-0526(JDB)
                                  )
FOREIGN SERVICE GRIEVANCE         )
BOARD, et al.,                    )
                                  )
            Defendants.           )
_____ )

### ANSWER

### First Defense

The Complaint fails to state a claim upon which relief can be granted.

### Second Defense

Plaintiff's claims are moot because they have been resolved by a Settlement Agreement.  Plaintiff has received and continues to receive the benefit of that Agreement.  Plaintiff's claim is thus barred by the doctrine of accord and satisfaction.

### Third Defense

The Court lacks jurisdiction over plaintiff's claims.

### Fourth Defense

Plaintiff has not timely exhausted his administrative remedies.

## **Fifth Defense**

Plaintiff's damages, if any, are the result of his own actions and were not caused by any improper the actions of the Defendants.

## **Sixth Defense**

Defendants in response to the numbered paragraphs of the Complaint state as follows:

I.  The first sentence is a characterization of this action to which no response is required.  To the extent an answer is deemed required, the defendant admits that this Court has jurisdiction of suits properly brought under 22 U.S.C. § 4140. The defendant denies that this action is properly brought under 22 U.S.C. § 4140.  The second sentence is admitted.

IIa.  Admitted.

IIb.  Denied.

IIc.  Denied

IId.  Denied

IIe.  Denied

IIf.  Denied

IIIa.  Admitted.

IIIb.  The defendants admit that the Director General, acting upon the request of the Ambassador in Kinshasa, extended the time for plaintiff's mandatory separation until April 5, 2005.  Plaintiff's conjecture about the maximum period of time

2

for extending his service is a legal assertion to which no response is required.  To the extent an answer is required, plaintiff's conjecture is denied.

IIIc.  Admitted.

IIId.  Denied.

IIIe.  Denied.

IIIf.  Denied.

IIIg.  The defendants admits that at the time, the FSGB lacked the ability to stay a grievant's separation from the Foreign Service while a grievance was pending.  The defendants deny every other allegation in this paragraph.

IIIh.  Denied.

IIIi.  Denied.

IIIj.  Denied.

IIIk.  Denied.

The remainder of the complaint is plaintiff's prayer for relief.  The defendants deny that the plaintiff is entitled to the relief requested or to any relief whatsoever.

Any allegation of the complaint not specifically admitted is denied.

Wherefore, it is respectfully requested that the complaint be dismissed with prejudice and that the Court grant the defendants such other relief as it deems appropriate.

Respectfully submitted,

___/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


___/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney



___/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this _____ day of September, 2006, that a copy of the foregoing was served by First-Class mail; postage prepaid to:

PHILLIP E. WRIGHT
4260 Franklin Street
China Grove, NC 28023

                                                    _____/s/_____
                                                    DIANE M. SULLIVAN
                                                    Assistant United States Attorney
                                                    Judiciary Center Building
    555 Fourth Street, N.W.
    Room E4919
    Washington, D.C. 20530
    (202) 514-7205