UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP E. WRIGHT,<br><br>     Plaintiff,<br><br>          v.<br><br>FOREIGN SERVICE GRIEVANCE BOARD, et al.,<br><br>     Defendants. | Civil Action No. 06-0526 (JDB) |

## ORDER

Defendants have now answered plaintiffs' complaint brought under 22 U.S.C. § 4140. The requirements of Local Civil Rule 16.3 and Fed. R. Civ. P. 26(f) are inapplicable to such actions. See Local Civil Rule 16.3(b)(1) (as amended May 2001); see also 22 U.S.C. § 4140(a) (specifying review in accordance with the Administrative Procedure Act, 5 U.S.C. § 706). The Court has reviewed the complaint and the answer in this case. Defendants raise grounds for dismissal or judgment, but have not yet filed a dispositive motion. Accordingly, it is hereby

ORDERED that the parties shall confer and submit by not later than October 2, 2006, a proposed briefing schedule for the filing of dispositive motions to resolve this matter.

/s/
JOHN D. BATES
United States District Judge

Dated:   September 11, 2006