UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
PHILLIP E. WRIGHT,             )
                               )
          Plaintiff,           )
                               )
     v.                        )   Civil Action No. 06-0526(JDB)
                               )
FOREIGN SERVICE GRIEVANCE      )
BOARD, et al.,                 )
                               )
          Defendants.          )
_____)
```

**PROPOSED BRIEFING SCHEDULE**

In accordance with the Court Scheduling Order, the parties have conferred and propose the following schedule:

1. The defendants will file a certified record of proceedings before the Foreign Service Grievance Board by October 25, 2006.

2. The defendants will file a dispositive motion by November 30, 2006.

3. The plaintiff will file an opposition and/or cross-motion by January 5, 2007.

4. All replies will be filed by January 23, 2007.

The parties submit herewith an order consistent with the proposed briefing schedule.

                                                   Respectfully Submitted,

| | |
|---|---|
| ____/s/_____<br>PHILLIP E. WRIGHT<br>4260 Franklin Street<br>China Grove, NC 28023<br>Phone: (704) 796-2272<br><br>Plaintiff Pro Se | ____/s/_____<br>JEFFREY A. TAYLOR, D.C. BAR # 498610<br>United States Attorney<br><br>_____/s/_____<br>RUDOLPH CONTRERAS, D.C. BAR # 434122<br>Assistant United States Attorney<br><br>_____/s/_____<br>DIANE M. SULLIVAN, D.C. Bar #12765<br>Assistant United States Attorney<br>555 4TH St., N.W.,<br>Room E4919<br>Washington, D.C.  20530<br>(202) 514-7205<br><br>Attorneys for the Defendant |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____ day of September, 2006, that a copy of the foregoing was served by First-Class mail; postage prepaid to:

PHILLIP E. WRIGHT
4260 Franklin Street
China Grove, NC 28023

```
      /s/
```
DIANE M. SULLIVAN
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205