UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
PHILLIP E. WRIGHT,                 )
                                   )
            Plaintiff,             )
                                   )
      v.                           )   Civil Action No. 06-0526(JDB)
                                   )
FOREIGN SERVICE GRIEVANCE          )
BOARD, et al.,                     )
                                   )
            Defendants.            )
_____)

**ORDER**

Upon consideration of the parties proposed briefing schedule, it is this _____ day of _____, 2006 hereby

ORDERED, that the defendants will submit a certified copy of the proceedings before the Foreign Service Grievance Board on or before October 25, 2006 and further,

ORDERED, that the defendants will file a dispositive motion on or before November 30, 2006 and further

ORDERED, that plaintiff will file an opposition on or before January 8, 2007 and further

ORDERED, that any replies will be filed on or before January 28, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies to:

PHILLIP E. WRIGHT
4260 Franklin Street
China Grove, NC 28023

Plaintiff <u>Pro</u> <u>Se</u>

DIANE M. SULLIVAN
Assistant United States Attorney
555 4TH St., N.W.,
Room E4919
Washington, D.C.  20530

Attorney for Defendant