UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP E. WRIGHT,

 Plaintiff,

  v.             Civil Action No.  06-0526 (JDB)

FOREIGN SERVICE GRIEVANCE

BOARD, et al.,

 Defendants.

SCHEDULING ORDER

Upon consideration of [10] defendants' proposed briefing schedule, it is hereby

ORDERED as follows:

1. Defendants shall submit a certified copy of the proceedings before the Foreign

  Service Grievance Board by not later than October 25, 2006.

2. Defendants shall file a dispositive motion by not later than November 30, 2006.

3. Plaintiff shall file an opposition to defendants' dispositive motion by not later than

  January 5, 2007.

4. Defendants shall file any reply to plaintiff's opposition by not later than January

  23, 2007.

                                      /s/      John D. Bates
                                    JOHN D. BATES
                              United States District Judge


Dated:     September 29, 2006