**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                              )
PHILLIP E. WRIGHT,            )
                              )
          Plaintiff,          )
                              )
     v.                       )    Civil Action No. 06-0526(JDB)
                              )
FOREIGN SERVICE GRIEVANCE     )
BOARD, et al.,                )
                              )
          Defendants.         )
_____)
```

**NOTICE OF FILING**

The defendant notes the filing of the certified record of proceedings before the Foreign Service Grievance Board in CD-ROM format. A courtesy paper copy was provided to the Court in chambers.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this _____ day of October, 2006, that a copy of the foregoing was served by courier mail to:

PHILLIP E. WRIGHT  
4260 Franklin Street  
China Grove, NC 28023

                        /s/  
                    DIANE M. SULLIVAN  
                    Assistant United States Attorney  
                    Judiciary Center Building  
                    555 Fourth Street, N.W.  
                    Room E4919  
                    Washington, D.C. 20530  
                    (202) 514-7205