```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

_____
                                )
PHILLIP E. WRIGHT,              )
                                )
            Plaintiff,          )
                                )
        v.                      )   Civil Action No. 06-0526(JDB)
                                )
FOREIGN SERVICE GRIEVANCE       )
BOARD, et al.,                  )
                                )
            Defendants.         )
_____)

## EXHIBITS

1. Settlement Agreement dated July 2005 (2 pages).

2. Personnel Evaluation Procedures, 3 FAH-1 H2810 et seq (28 pages).

3. Personnel Evaluation Procedures, 3 FAM 2811 et seq (10 pages).

4. Precepts for 2003 Foreign Service Selection Boards (29 pages).

5. Selection Board and Performance Standards Board Procedures, 3 FAM 6214 et seq (13 pages).