# Exhibit 1



**United States Department of State**

*Bureau of Human Resources*

*Washington, D.C. 20522*

SETTLEMENT AGREEMENT

between

THE DEPARTMENT OF STATE

and

PHILLIP E. WRIGHT
AGS 2005-029

In settlement of the grievance filed by Phillip E. Wright and denominated by AGS 2005-029, the Parties agree as follows:

The Department agrees:

1. To rescind the Designation for Separation that the 2003 Performance Standards Board issued to Mr. Wright and expunge it from his records;
2. To extend Mr. Wright's Time-in-Class from December 3, 2005 until December 31, 2005.

Mr. Wright agrees:

1. To execute and submit an unconditional and irrevocable application for voluntary retirement to be effective no later than December 31, 2005;
2. That this Agreement is in full settlement of any and all claims, administrative or judicial, against the Department with the exception of any claim(s) filed under 22 U.S.C. 4132;
3. That he will not be reviewed by Department Selection Boards, including 2004 or 2005 Selection Boards;
4. That the grievance denominated as AGS 2005-029 shall stand withdrawn as being settled in full and all matters raised and documents grieved shall not form the basis of any other grievance, discrimination complaint or other complaint, or adjudicative proceeding, including any processing before the Equal Employment Opportunity Commission or any court; and that the Department has no further liability with regard to this grievance provided, however, that nothing herein is intended to preclude Mr. Wright from asserting a grievance in the event the Department does not comply with the terms of this Agreement.

_Phillip E. Wright_    July 14, 2005

_Linda S. Tagliafatela_
Deputy Assistant Secretary
For Human Resources
7/29/05

Page 2 of 2

Settlement Agreement between The Department of State and
Phillip E. Wright - AGS 2005-029   dated July 2005