Exhibit 4

PROCEDURAL PRECEPTS FOR THE 2003 FOREIGN SERVICE SELECTION BOARDS

## TABLE OF CONTENTS

PART I - PURPOSE AND SCOPE

PART II - ELIGIBILITY

  TIC, Postponement of Separation, Special Requirements, LCEs

PART III - PROCEDURES

  Promotion, Low Rank and Selection Out, Merger of Skill Codes
  Non-Rates, MSIs, Counseling, Commendation, and Criticism
  Special Recommendations, Briefings and Materials
  Findings and Recommendations
  Oath of Office

PART IV - SENIOR BOARDS

  Promotion, Performance Pay and Presidential Awards
  Denial of FE Salary Increases
  Career Minister Board (SFS-I)
  Minister Counselor Board (SFS-II)
  Counselor Board (SFS-III)
  Senior Specialist/Specialist Threshold Board (SFS-IV)
  Senior Threshold Board (SFS-V)
  *Senior Foreign Service Performance Pay Boards*

PART V - INTERMEDIATE BOARDS

Intermediate Generalist Boards

  Board G-II Multifunctional and G-III Multifunctional
  Boards G-II and G-III (A & B)
  Board G-IV

Intermediate Specialist Boards

  Boards S-I, S-II, S-III, S-IV, S-V, S-VI

Addenda

  1 - SFS Performance Pay and Presidential Awards
  2 - Security Awareness

PROCEDURAL PRECEPTS FOR THE 2003 FOREIGN SERVICE SELECTION BOARDS

<div style="border:1px solid">

Equality of Consideration

All employees will be compared and judged solely on merit with absolute fairness and justice. In particular, no *employee will be discriminated against*, directly or indirectly, for reasons of race, color, religion, sex, age, marital status, national origin, disability, reasonable accommodation for disability, sexual orientation, or means of entry into the Service.

</div>

## PART I. PURPOSE AND SCOPE

(State Only)

### A. STATEMENT OF PURPOSE

These Precepts establish the scope, organization, and responsibilities of the Foreign Service Selection Boards and describe the criteria to be used by the Boards in reaching their determinations. All Boards will review the Performance Folders of eligible members of the Foreign Service to rank order members for promotion; identify members to be considered for possible separation for noncompetitive performance; and carry out related responsibilities. Boards reviewing the Performance Folders of members below the Senior Foreign Service (SFS) will, in addition, recommend conferral of Meritorious Service Increases. Boards may be asked to prepare a rank-order list of those members qualified for the conferral of Limited Career Extensions (LCEs). The criteria for promotion in the Foreign Service, set forth in the Core Precepts, are statements of policy regarding the qualities and capabilities considered essential for advancement in the Foreign Service.

### B. SCOPE OF COVERAGE

1. Senior Foreign Service. Senior Boards will consider the following categories of personnel:

    a.    Members serving under career or senior career candidate appointments in the classes of Career Minister (FE-CM), Minister-Counselor (FE-MC), or Counselor (FE-OC); and

    b.    Career members of Foreign Service class FS-1.

2.    Intermediate Generalist and Specialist Boards will consider career and career candidate members of the Foreign Service in classes FS-2 through FS-6, excluding untenured members serving in the Junior Officer and Mustang Programs and members in classes and occupational categories subject to administrative promotion.

3.    *Senior Foreign Service Performance Pay Boards will consider for performance pay the Performance Folders of all eligible Career Ambassadors (FE-CA) and all eligible Career Ministers (FE-CM) as well as members serving in the classes of Minister-Counselor (FE-*

*MC) and Counselor (FE-OC) who have been designated for consideration by the appropriate Senior Board.*

4. Employees of the American Institute in Taiwan (AIT), or persons who have been *detailed,* assigned, *or who have been separated and transferred with reemployment rights* to international or other organizations, will be considered if otherwise eligible.

5. *Foreign Service members will not be eligible for promotion during the period that their maximum time-in-class or time-in-service is the subject of an extension pursuant to the annuity exception in 3 FAM 732.2-3. Selection Boards nevertheless shall consider the Performance Folders of those members for low ranking and for possible referral to a Performance Standards Board.*

6. Selection Boards will review the Performance Folders of only the Foreign Service members described above who have been assigned the following tenure codes:  01, 02, and 03. Selection Boards will not review the Performance Folders of the following categories of personnel:

    a.  Noncareer members of the Foreign Service other than certain Career Candidates;

    b.  Members holding non-worldwide tenure or skill codes;

    c.  Limited-Indefinite Employees of the Department;

    d.  Limited-Resident Appointees Abroad;

    e.  PIT employees;

    f.  Career Foreign Service employees from other foreign affairs agencies who serve on Presidential appointments;

    g.  Members on Leave Without Pay for two consecutive years or more, unless requested by the member in writing;

    h.  Members serving on LCEs;

    i.  Members recalled to active duty;

    j.  Members on interim relief from separation during the pendency of grievances.


PART II. ELIGIBILITY

A. ELIGIBILITY FOR PROMOTION CONSIDERATION

1. Time-in-Class

   a.  Members will be eligible for promotion consideration by the 2003 Selection Boards only if their last promotion took place before the following dates:

| | |
|---|---|
| FE-MC | July 1, 1999  (4 years) |
| FE-OC | July 1, 2001  (2 years) |
| FS-1, FS-2, FS-3 | July 1, 2001  (2 years) |
| FS-4, FS-5, FS-6 | July 1, 2002  (1 year) |

The rating cycle runs from April to April. Promotions normally become effective during the following fall. The clock determining eligibility for promotion starts July 1 after the promotion takes effect, more than one full rating cycle after the last report written prior to promotion. For this reason, during the first year an employee is eligible for promotion consideration, Boards may find more than one, and as many as four or five, reports that have not been reviewed by any previous Board.

   b.  In the case of members who have converted into the SFS or to the FS Salary Schedule from non-FS pay plans, time spent in previous equivalent grades will be included in determining eligibility for review.

2. Postponement of Effective Date of Separation

The Performance Folder of a member whose effective date of separation has been postponed to permit resolution of a grievance, or by the Director General in the public interest, shall not be reviewed by Selection Boards which convene during the period of such postponements, nor will the Performance Folder of a member whose date of separation has been postponed due to service in a Presidential Appointment requiring Senate confirmation.

3. Special Eligibility Requirements

   a.  Conferral of the Personal Rank of Career Ambassador

The personal rank of Career Ambassador shall be conferred only on a career member of the Senior Foreign Service whose promotion to FE-CM took place before July 1, 2000 (3 years) and who has, as of July 1, 2003:

     (1) Served at least 15 years in positions of significant responsibility while in Class FS-1 or above;

     (2) Sustained a record of extraordinary achievement, having fulfilled one of the following three criteria:

        (a) One appointment as Chief of Mission and one appointment as Assistant Secretary;

> (b) One appointment as Chief of Mission and one appointment as the Equivalent of Assistant Secretary; or
>
> (c) Two or more appointments as Chief of Mission.
>
> (3) Is available for continued service in the most important positions in the Department and abroad.

b. Promotion into the Senior Foreign Service

Only the Performance Folders of eligible career members of the Foreign Service of class FS-1 who have formally applied for threshold review by March 31, 2003, will be considered by the 2003 SFS-IV and SFS-V Boards. The Performance Folders of officers whose requests are received in HR/PE after that date will not be certified for consideration unless earlier application was not possible.

## B. LIMITED CAREER EXTENSIONS

### 1. Eligibility

The Foreign Service Act *of 1980* authorizes the Secretary to grant limited career extensions (LCEs) to members in their last year of time in class (TIC) if they are career members of the SFS or Specialists for whom there are no promotion opportunities at the next higher grade. Only members as described above whose maximum time-in-class will expire between July 1, 2003, and June 30, 2004, are eligible for consideration. The limited number of LCEs which may be granted will be determined by specific Service needs to retain expertise and experience in short supply. LCEs are distributed consistent with the Selection Board's recommendations.

### 2. Selection Board Procedures

The Board will first complete its consideration of the Performance Folders of members for promotion and possible selection out or low ranking. If the Director General has determined that because of Service needs Management may grant a limited number of LCEs, the Director of the Office of Performance Evaluation (HR/PE) will provide the Board the names of all career members in the class who are in their last year of time-in-class but who were not reached for promotion. The Director General will provide the Board information on the particular specialized skills which Management has determined to be in short supply for the subsequent three-year period. The Board will review the records of all members and, based on the criteria below, will list in rank order, by skill code, those whom it deems qualified for a limited career extension and additionally classwide for FE-OC and FE-MC generalists. The Director General will grant LCEs only to members whom the Board has found qualified and to those members in the rank order established by the Board.

3. Criteria

In reviewing the performance records of members for an LCE, the Board will apply the same criteria as for promotion. However, recognizing that members extended will serve only in their present class, the Board will give considerably less weight to evidence of potential to perform at the next higher class and substantial weight to the quality of performance and potential for continued outstanding service in the class in which the member is being considered for an LCE.

## PART III. PROCEDURES

### A. MAJOR RESPONSIBILITIES

1. Promotion

Promotion is recognition that a member has demonstrated the capability of performing the duties and responsibilities required at a higher level. It is not a reward for prior service, although the performance of present and past duties usually indicates the degree to which an employee has developed the qualities needed for successful performance at higher levels. Creditable performance under unusually difficult or dangerous circumstances is particularly relevant, as is a willingness to risk disciplined and sensible dissent and the constructive advocacy of policy alternatives. An illustration of unusually difficult circumstances is the managerial environment and resource constraints generally present at Special Embassy Program (SEP) posts, which are particularly demanding and require most employees to assume a broad range of responsibilities. Equally important at these posts is demonstrated discipline to limit mission activities to highest priority U.S. Government objectives. Boards are encouraged to weigh positively the scope of performance demonstrated by employees at SEP posts.

A primary purpose and goal of the Foreign Service is to represent professionally and competently abroad a wide range of U.S. interests. While a Foreign Service career will consist of both service abroad and in the United States, a significant portion of the career must be spent in assignments abroad. Given the nature of assignment patterns, it may not be possible for all members to match the Service's ideal of having each member serve abroad at each grade prior to promotion from one grade level to the next, but it is the Department's intention to have all members serve a substantial number of years abroad during both the middle and senior grades. While serving a stated number of years abroad is not a prerequisite for promotion at any particular grade, Boards are instructed to consider the importance of demonstrated competence in service abroad when reviewing members for promotion. (See also page 26, Board S-II, regarding the special circumstances of Diplomatic Security (DS) Officers.)

Training and professional skill development are of vital importance to the Foreign Service. The Department seeks to provide employees with the necessary specialized training to carry out their duties and to help ensure diplomatic readiness. Individual employees are an integral part of diplomatic readiness. For example, an essential component of diplomatic readiness is building and supporting a skilled, diverse workforce to meet the changing challenges and opportunities of U.S. foreign policy objectives.

Selection Boards should attach special value to an employee's demonstrated commitment to upgrading their professional skills through long-term (e.g., language and academic) or other training.

An employee's leadership and management skills should be given particular importance when he/she is being considered for promotion. Strong leadership and management skills enhance our ability as an organization to meet critical foreign policy goals and objectives, and maintain the highest morale.

Boards are reminded of the importance to U.S. interests of such transnational/global issues as terrorism, international crime, environment/science/technology, narcotics, refugees, human rights and labor. Selection Boards should acknowledge expertise and accomplishments of employees in these areas and give them full consideration for promotion. *Boards also are reminded of the importance of outstanding service at international organizations and at U.S. Missions to multilateral organizations.*

*Boards also are reminded that the proper management and handling of classified material and information is a key element for all employees. Addendum 2 to these Precepts contains additional information on the subject.*

In accordance with Public Law 102-138 of October 28, 1991, "end-of-training reports for employees in full-time language training shall be weighted as heavily as the annual employee efficiency reports." Public Law 103-236 (April 30, 1994) requires that "significant consideration be given to foreign language competence and use in the evaluation, assignment, and promotion of all Foreign Service Officers...." The Boards are also instructed to bear in mind the benefits which accrue to the Service when a member returns to a post abroad where he or she can utilize language or other skills gained on a previous assignment.

Boards will identify members who are qualified for promotion, without regard to the number of promotion opportunities that may be available. Boards should recommend for immediate advancement only those members whose records indicate superior long-range potential and an ability to perform at a higher level now. Upon identification of the members it deems qualified for promotion, the Board will notify the Director of the Office of Performance Evaluation. The Director will then inform the Board of the number of promotion opportunities authorized for the competition category.

If a Board recommends fewer members for promotion than the number of promotion opportunities available, the Board may reconsider its findings and identify additional members to be ranked. Boards must base such recommendations solely on the determination, in accordance with the Precepts and without regard to the number of promotion opportunities available, that each member has demonstrated the capability to carry out successfully the responsibilities required at the next higher level.

Boards will rank in order of merit those members recommended for immediate promotion. Promotions will be granted according to the number authorized by the Director General and in the rank order established by the Boards.

2. Low Ranking and Referral to the Performance Standards Board

   a.    All career members of the Service who are reviewed for promotion shall also be reviewed for low ranking and for possible referral to a Performance Standards Board (PSB). *Boards also will review the files of members who were eligible to apply for promotion consideration but who did not elect to do so, in order to identify those who should be low-ranked and/or referred to a Performance Standards Board.* The Selection Boards are required to designate five percent of members as low ranked for all competition groups of 20 or more. In competition groups of fewer than 20, Boards may nonetheless low rank and refer employee(s) directly to a PSB.

The Career Minister Board shall not be required to convene solely for the purpose of low ranking when there are no opportunities for conferral of the personal rank of Career Ambassador.

Low ranking is an indication to the member and the Department of problem areas or inadequacies in needed skills, performance, and/or potential, and may not be based on such secondary considerations as relatively recent promotion, type or pattern of assignments, including service out of generalist cone or specialist skill code, less extensively documented successful performance, or level of multifunctionality. Inadequacies that lead to low ranking must be documented by one or more examples of performance from the most recent 5 years. In that regard, Boards must not rely solely on critical comments in an Areas for Improvement section unless supported by one or more examples there or elsewhere in evaluations from the most recent 5 years in the Official Performance Folder. Boards are reminded that the area for improvement section is a mandatory requirement for all employees.

Weakness in one or more of the areas listed below should adversely affect the Selection Board's determinations as to whether members are qualified for promotion and may, of themselves, be grounds for a low ranking or for direct referral to a Performance Standards Board at any grade:

    (1) Reluctance to accept responsibility.

    (2) Failure to carry out properly assigned tasks within a reasonable time.

    (3) Low productivity or work poorly done.

    (4) Failure to adapt to the office environment or to a foreign culture.

    (5) Refusal to accept or carry out legitimate directives
        from properly authorized officials.

    (6) A pattern of failure to safeguard properly classified material and information.

    (7) Inability to work effectively and cooperatively with supervisors, colleagues, teammates, or subordinates.

    (8) A lack of EEO sensitivity.

(9) Indifference/failure to carry out supervisory responsibilities.

For special instructions regarding current and former labor officers, environment/ science/technology officers, and narcotics specialists, refer to "3. Merger of Labor, Narcotics and Environment/ Science/Technology Skill Codes into the Mainstream" on page 10. For special instructions concerning mid-level Foreign Service generalists who were selected, after the integration of USIA, for conversion to the Public Diplomacy cone, refer to Part III A 4. "One Time Pilot Program for Cone Change to Public Diplomacy" on page 11.

b.   The Board will review the Performance Folder of each low-ranked member and specifically identify those whose records indicate they may not have met the standards of performance for their class. These members will be referred to a PSB, which will independently make selection-out determinations after reviewing the files of the members referred to it. Selection Boards should be scrupulous in identifying and referring to the Performance Standards Board employees who are obviously sub-standard performers.

1) For each member specifically identified for referral to a PSB for substandard performance, the Board will prepare a statement to justify the referral, citing specific examples from the performance record of the most recent 5 years. Such statements shall draw on material preferably from more than one rating period and, preferably, from more than one rating officer. To assist the PSB in evaluating the employee's overall career record, Boards should identify employee strengths and positive accomplishments to the extent they determine appropriate; however, Boards must fully describe the employee weaknesses in performance that have resulted in referral to a PSB.

2) For each member low ranked but not referred to a PSB, Boards will prepare statements explaining the reasons for the low ranking, through a balanced presentation of the member's strengths and weaknesses, and addressing areas in which performance or potential might be improved. These statements shall draw where possible on material from more than one rating period and from more than one rating officer. Such statements will include specific examples of performance given in reports from the most recent 5 years. Statements will not be prepared for members low ranked who are in their final year of time in class (TIC) or subject to mandatory retirement for age (65) and who will not be reviewed by another Selection Board. (This will include members in their final year of TIC who are not recommended for an LCE.)

NOTE: Members identified for low ranking who were also low ranked in one or more of the years 1999-2002 will be automatically referred to a PSB, provided the member had a different rating officer in at least two of the years s/he was low ranked. The determination of automatic PSB referral will be made subsequently by HR/PE and requires no action by Selection Boards.

c.   When considering Career Ministers for conferral of rank of Career Ambassador, Boards need not low rank five percent of the members. Instead, Boards may identify specific members to receive low-ranking statements or to be referred to a PSB.

d.  For any adverse action, such as low ranking or referral to a Performance Standards Board, an absolute majority of Board members must concur.

e. The records of members low-ranked or referred to a Performance Standards Board will be reviewed on a confidential basis within the Bureau of Human Resources and the Office of Medical Services (M/DGHR/MED) before Selection Board recommendations are implemented. The Director General may, on the basis of a recommendation by M/DGHR/MED or the Office of Career Development and Assignments (HR/CDA), determine that for compelling medical or compassionate reasons, a member should not be certified to the PSB or given a copy of the board's low ranking statement. In this event, the individual will be considered as having been "non-rated" by the 2003 Selection Board and the cumulative data card will be so annotated in accordance with these precepts, but the member will not be granted any additional period of time-in-class.

3. Merger of Labor, Narcotics and Environment/Science/Technology Skill Codes into the Mainstream

Selection Boards must carefully take into account the implications of the 1997 merger of three small skill codes--labor, narcotics, and environment/science/technology--into the generalist cones. This step was taken to widen the pool of talent and ensure the best possible staffing of positions in critical global issues, in which the Department plays an expanding role.

As a result of this merger, relevant Boards will review the records of employees who have spent the bulk of their careers in one of the small skill codes noted above. The experience of these employees will obviously differ from that of the majority of the competition group.

Board members have an important responsibility to ensure that any such differences in work history do not prejudice the employees in question. A change in skill code, especially when involuntary as is the case here, requires difficult professional and personal adjustments, and has profound career implications. A critical component of the skill code merger was the Department's undertaking to ease the transition into the *generalist* cones and to protect employees involved against damage to their careers.

In reviewing the performance records of these employees, therefore, Selection Boards should give full weight to the skills they demonstrated and their specific accomplishments in prior assignments, many of which were in areas of major U.S. foreign policy interest and international concern. In this regard, Board members should review the Supplemental Core Precepts, which detail the nature and significance of work in these areas.

Specifically, the Boards should note that in 1997 a six-year transition period began for officers at any grade who elected to change their skill codes from one of the three small skill codes to one of the mainstream skill codes or to a specialist skill code, to provide these officers sufficient time to convert and to adjust to their new skill codes. Therefore, those officers who have made the switch will be protected from low ranking and referral to a PSB through the 2002-03 rating cycle. Once an officer is promoted, six-year protection from low ranking and PSB referral ends. There will be no changes to an officer's TIC (multi-class, single class or six-year window) at any stage of this process.

Boards should also note that officers at any grade who elect to remain in the labor, narcotics, and environment/science/technology skill codes should not be disadvantaged for promotion because of the elimination of their skill codes.

4. One Time Pilot Program for Cone Change to Public Diplomacy

Following the 1999 integration of USIA and State, the Department offered a one-time pilot program (00 State 66878) for mid-level Foreign Service Generalists at the FS-02, FS-03 and tenured FS-04 levels wishing to change to the Public Diplomacy (PD) cone.  Officers in this pilot program competed for promotion with their existing competition group in 2000.  Beginning in 2001, those who were selected for conversion to the PD cone competed for promotion for the first time within the new (PD) cone.

The PD Pilot Program allowed mid-level FS-02, FS-03 and tenured FS-04 officers to change cones to PD with no work experience in that cone.   To address concerns that Pilot Program participants might be disadvantaged or low ranked by functional promotion panels due to lack of EERs working in PD, the Department agreed (00 State 094917) to a three year transition period. For three years (the 2001, 2002 and 2003 rating cycles) or until their next promotion, whichever comes first, newly converted mid-level PD employees competing for functional promotion in the PD skill code are protected from low ranking.

B.  ADDITIONAL AUTHORITIES AND RESPONSIBILITIES

1. Non-Rates

Boards must review and reach a decision with regard to any member for whom periods of performance over the most recent 5 years or time in class, whichever is longer, are covered by evaluation or training reports or memoranda documenting any unevaluated period of performance.  When periods of performance have not been evaluated, the Boards shall assume comparability with rated performance.  If a Board determines that there is not a pattern of consistent performance, with the concurrence of the Director of HR/PE, the Board may determine that the file is insufficiently documented and non-rate a member.  Boards will prepare a written justification in each case, with a copy to the non-rated member.  When a member is non-rated by a Board, the member's time in class is extended by one additional year.

2. Meritorious Service Increase

Senior Generalist and Specialist Threshold and Intermediate Boards may recommend conferral of Meritorious Service (within-grade) Increases (MSIs) *for employees who are rank ordered by those Selection Boards but who are not promoted because of limited promotion opportunities. Those employees shall be recommended for MSIs in accordance with their rank order.  MSIs thus are awarded for the quality of cumulative and competitive performance.* The number of MSIs should not exceed 10 percent of members in the competition group.  A statement noting MSI recognition will be placed in each member's OPF.

A Meritorious Service Increase shall not be granted to a member recommended for one if, after the Board is dismissed, the member is determined to have been ranked within the number of available promotion opportunities. Those recommended who have reached the highest salary step of their grade, or were granted a step increase in the previous 52 weeks, cannot be awarded the increase. The recommendation, however, will become part of the employee's *Official Performance Folder (OPF)*.

The Bureau of Human Resources (HR) will contact the Bureau of any employee recommended for an MSI by the Selection Boards who is already at the top step of his/her grade. HR will encourage the Bureau to recognize the employee's outstanding performance for the rating period by nominating him/her for a cash performance award equal to the dollar amount of the MSI.

Any employee responsible for a delinquent Employee Evaluation Report (EER) will not be eligible to receive a Meritorious Service Increase during the 12 months following the due date of the delinquent EER (3 FAH-1 H-2819).

Note: The Bureau of Human Resources will implement all Meritorious Service Increases as of the effective date of the promotions.

3.  Counseling Function

The Selection Boards have an important role to play in counseling employees. Members mid-ranked by the Board may include individuals whose performances, though fully competent and within the standards of the class, nevertheless exhibit potential problems that could lead to career difficulties in the future. For example, the Board may notice a small but noteworthy performance flaw, an unproductive assignment pattern, or the lack of an important skill which training could remedy. From its unique perspective viewing the broad range of a competition group, the Board should take the responsibility of counseling any such employee coming to its attention, issuing a counseling statement explaining the problem. These counseling statements are deemed private communications between the Board and the employee and have no formal career consequences.

4.  Commendation and Criticism

a.      Rating and Reviewing Officers

Boards will identify rating and reviewing officers and Inspectors who merit commendation or criticism for the quality of evaluations they prepared in the most recent rating period. *A statement of commendation will be placed in the Official Performance Folder (OPF) of each employee so commended.*

Boards should take special care to identify reports in which recommendations for promotion or additional experience are not adequately supported by the narrative statement, in which comments in the Employee Evaluation Report (EER), Section V C, "Areas for Improvement," are superficial or absent, or in which a reviewing officer has failed to review the ratings

adequately for thoroughness, objectivity, soundness, and compliance with evaluation instructions.

In each case where a member is criticized, the Board will prepare a written official statement citing deficiencies. A Board's statement of criticism will be placed in the member's Performance Folder and a copy of the statement will be provided to the member, who will have the right to reply in writing for inclusion in the Performance Folder if s/he so requests. Statements of criticism regarding deficient evaluations remain in the member's Performance Folder for 2 years so that future Boards may identify members who fail to carry out their supervisory responsibilities adequately.

b.     Review Panels

Ref 3 FAH-1 H-2321(3b), Boards may identify Review Panels which merit commendation or criticism for their efforts, or lack thereof, to have EERs comply with the regulations and instructions. Where a Review Panel is criticized for failure to perform fully its duties, the Board will prepare a written statement to the chairperson citing the deficiencies. The Board's statement of criticism will be placed in the chairperson's Official Performance Folder and a copy of the statement will be provided to the member, who will have the opportunity to provide a rebuttal for inclusion in the Performance Folder if s/he so requests. If, in the judgment of the Office of Performance Evaluation, a satisfactory rebuttal is offered, the statement and any rebuttal will be removed from the chairperson's Performance Folder. Statements of criticism regarding deficient performance on Review Panel chairpersons remain in the chairperson's Performance Folder for 2 years so that future Boards may identify members who fail to carry out their responsibilities adequately. *A statement of commendation will be placed in the Official Performance Folder (OPF) of each chairperson so commended.*

5. Special Recommendations

Selection Boards shall make to the Director General any recommendations they consider appropriate concerning the members under consideration, the materials used in the evaluation process, or improvements to the evaluation and selection process. If a Board has no recommendations to make, it shall so state. Recommendations or comments, other than those concerning individuals, will be made available to appropriate officials of the American Foreign Service Association on a confidential basis.

C. BRIEFINGS, MATERIALS AND GENERAL GUIDANCE FOR THE BOARDS

1. Members of the Office of Performance Evaluation (HR/PE) will guide the Boards on the technical procedures to be followed; HR/PE will provide Board members an oral briefing on voting and related procedures at the outset of Board deliberations. The Boards will address all queries regarding their work only to the staff of that office.

2. No information will be provided about a member to be reviewed except the Official Performance Folder, *an abbreviated Employee Profile, and, at grades FS-02 and above, the security incident record and employee responses described in Addendum 2 to these Precepts.*

Board members should observe the caution that information on Employee Profile sheets may not be fully accurate and that the sole official source of information to be weighed by the Board is the member's Performance Folder. At the appropriate point in the Board's deliberations, the number of promotions Management can authorize for each competition group in the current promotion cycle will be given to the Board. In addition, Board members will have available relevant reference materials, including the Core Precepts and the Procedural Precepts, Instructions for the Preparation of Employee Evaluation Reports, a copy of the Foreign Service Act of 1980, *as amended*, and the Foreign Affairs Manual.

3. Boards will base their decisions on a member's promotability only on material that is properly a part of the member's Performance Folder *and, at grades FS-02 and above, on the security incident record and employee responses described in Addendum 2 to these Precepts*. Boards may review the entire Performance Folder, placing greatest emphasis on the most recent 5 years of service or time in class, whichever is longer. They should not give undue weight to any single evaluation report in isolation from other reports covering the last 5 years or time in class, whichever is longer.

   a. Foreign language excellence is one of the hallmarks of the Foreign Service and a key feature distinguishing members of the Foreign Service from other federal employees. The Boards are instructed to duly consider foreign language excellence which enhances the member's contribution to the Mission.

   b. Boards are instructed not to penalize employees for taking periodic assignments out-of-cone *or out of specialized skill group*.

   c. The Department places considerable value on periodic training to enhance professional skills and ensure diplomatic readiness. Selection Boards should attach special value to an employee's demonstrated commitment to professional skill development via appropriate training opportunities.

   d. Files of some members who entered the Service in classes above customary levels of entry or after prior service in another foreign affairs agency or the private sector, or whose service was interrupted, may contain information from previous periods of Government employment; other members, with similar prior experience, may have files relatively lacking in evidence of extended past performance. Members should not be disadvantaged because of such differences in their performance records or because information on earlier work experience may be lacking through no fault of the member reviewed. Boards should, however, give full consideration to documented periods of relevant prior service.

   e. Selection Boards should not discount a member's overall standing in any way because of a period of performance not rated by an evaluation report.

   f. Board members may be acquainted with members under review. Board members will not reveal information about a member or a member's performance not properly included in the Performance Folder. Boards shall disregard any disciplinary letters in a member's Performance

Folder which by their terms should have been removed from the folder, and should bring the existence of such letters promptly to the attention of the HR/PE staff.

g. A Board member who was the rating or reviewing officer of the member under review while such member was in his/her present class will be excused from participating in the Board's consideration of that file, if the member being reviewed so requests.

h. When a member of a Board believes that s/he may be unable to render a fair and unbiased judgment of an individual, that member shall state that fact in writing and will be excused from further consideration of the individual. That Board member shall continue to participate in the other activities of the Board and shall not be required to state a reason for not participating in the consideration of a particular individual.

i. To the extent consistent with these Precepts and relevant supplementary technical guidance, Boards will establish the internal organization of their workload, deliberations, discussions, and decisions as they deem appropriate.

D. SUBMISSION OF FINDINGS AND RECOMMENDATIONS

Each Board's findings will be forwarded to the Director General under cover of a transmittal letter signed by the Board members. The Director General may return the Board's findings for reconsideration if there are questions regarding the procedures used by the Board or conformity with the Precepts. If the findings are not returned for one of these reasons, the Director General shall accept the Board's findings. Each Board will prepare the following reports, as applicable:

1. A rank-order list for each competition category of all members whom the Board deems qualified for immediate promotion.

2. Except as provided in Part III (A) paragraph two (b)(2) on page nine, an alphabetical list of the members low ranked with a counseling statement for each member who was not referred to a Performance Standards Board.

3. Except as provided in Part III (A) paragraph two (b)(2) on page nine, an alphabetical list of members to be referred to a Performance Standards Board with a statement explaining the reason for each referral.

4. Alphabetical lists of other members in each competition category (where appropriate) who were reviewed.

5. Separate rank-order lists, for each competition group reviewed for LCEs, of all members the Board finds qualified for limited career extensions.

6. An alphabetical list for each competition group of all other members reviewed for LCEs.

7. A list of rating and reviewing officers who merit commendation or criticism for the quality of the evaluation reports they prepared in the most recent rating period or, if there is none, then a

statement that no rating or reviewing officer merited commendation or criticism. In each case where an officer is criticized, the Board shall prepare a written statement citing deficiencies.

8. A list of Review Panel chairpersons who merit commendation, or criticism for their efforts to ensure compliance with regulations and instructions governing preparation of EERs or, if there is none, then a statement that no Review Panel chairperson merited commendation or criticism. In each case where a chairperson is criticized, the Board shall prepare a written statement citing deficiencies.

9. A list of members who could not be rated for promotion, if such a decision was approved by the Director, HR/PE. A statement of the reasons for the non-rate must be provided.

10. A list of members who could not be rated for LCE, with a statement for each.

11. An alphabetical list of Career Ministers whom the Board recommends that the Secretary submit to the President for conferral of the personal rank of Career Ambassador, with a statement of justification for each officer recommended.

12. An alphabetical list of all other members reviewed for the rank of Career Ambassador.

13. Recommendations on the training, assignment, counseling, or related personnel matters for any member or group of members reviewed.

14. *An alphabetical* list of SFS members recommended *for consideration* for Performance Pay Awards.

15. An alphabetical list of all other members reviewed for Performance Pay Awards.

16. An alphabetical list of SFS members nominated for consideration for Presidential Awards.

17. Recommendations concerning policies and procedures for subsequent Boards and improvements to the performance evaluation system, except that if a Board has no recommendation to make, it shall so state.

E. OATH OF OFFICE

Board members will heed the following oath of office and adhere to the Precepts. Failure to observe these instructions may result in disciplinary action or penalties as prescribed by the Privacy Act. Board members should report to the Director, Office of Performance Evaluation, any attempt to provide them information not authorized by the Precepts.

OATH

"I,_____ , do solemnly swear (or affirm) that I will perform the duties of a member of a Selection Board faithfully and to the best of my ability; that I will adhere to the Precepts; that I will apply the Precepts and promotion criteria without prejudice or partiality; and

that I will not reveal to unauthorized persons any information concerning the personnel records used or the deliberations and recommendations of the Board (so help me God)."

## ORGANIZATION OF THE BOARDS

Selection Boards are organized into Generalist and Specialist Boards to consider separately Foreign Service members with primary skill codes in (1) generalist occupational categories and (2) specialist occupational categories. Generalist occupational categories include the following skill codes:

| | |
|---|---|
| *Management* | 2010 |
| Consular | 3001 |
| Public Diplomacy | 4400 |
| Economic | 5015, 5025 |
| Political | 5505, 5520 |
| Labor | 5535 |
| Environment, Science & Technology | 6020 |
| Multifunctional (Secondary Skill Code) | 0060 |

Specialist occupational skill codes are listed in the paragraphs describing the organization of the Specialist Boards (below). For special instructions regarding current and former labor officers, environment/science/technology officers, and narcotics specialists, refer to Part III A. 3. "Merger of Labor, Narcotics, and Environment/Science/Technology Skill Codes into the Mainstream," on page 10. For special instructions concerning mid-level Foreign Service generalists who were selected, after the integration of USIA, for conversion to the Public Diplomacy cone, refer to Part III A 4, "One Time Pilot Program for Cone Change to Public Diplomacy" on page 11.

## PART IV. SENIOR BOARDS

In creating the Senior Foreign Service, the Foreign Service Act of 1980 intended to establish a Service "characterized by leadership qualities and highly developed functional, foreign language, and area expertise." In considering officers for promotion within and into the SFS, Boards should give due credit to evidence of achievement and competency in these areas. Most senior positions require broad leadership and managerial skills spanning functional divisions. In considering officers for promotion on a class-wide basis, Boards should give weight to evidence of competency and accomplishment in carrying out executive responsibilities (i.e., the ability to plan, organize, administer, and evaluate programs) in both the member's primary career field and, particularly, across functional lines.

## A. PROMOTION INTO THE SENIOR FOREIGN SERVICE

Promotion across the threshold into the SFS represents a determination that the officer promoted is capable of carrying out the very demanding and responsible duties in senior level positions of the Foreign Service. Some employees under review may not have demonstrated the potential to

serve in the SFS but should more appropriately complete their careers at the FS-1 level. Class 1 Generalist officers must have achieved a tested competence of S-3/R-3 proficiency level in a foreign language to be eligible for promotion into the Senior Foreign Service.

## FS-1 MEMBERS WHO CHOOSE NOT TO COMPETE FOR SENIOR FOREIGN SERVICE PROMOTION

The Senior Generalist and Specialist Threshold Boards will review the files of FS-1 members with primary skill codes in the occupational categories under review who were eligible to apply for promotion consideration but did not, to identify those who should be low ranked and/or referred to a Performance Standards Board. No negative implication shall be drawn from the fact that a member eligible to request promotion consideration chose not to do so.

## B. PERFORMANCE PAY AND PRESIDENTIAL AWARDS FOR SENIOR FOREIGN SERVICE MEMBERS

The Performance Folders of *employees* eligible for consideration for performance pay and Presidential Awards, *with the exception of those for Career Ambassadors (FE-CA) and Career Ministers (FE-CM) for performance pay,* will be *subject to a preliminary review* by the appropriate *generalist or specialist* Board. *Those Boards may recommend up to 50 percent of eligible employees in alphabetical order for final review for performance pay by Senior Foreign Service Performance Pay Boards, one for generalists and one for specialists. Senior Foreign Service Performance Pay Boards then will consider for performance pay the Performance Folders of all eligible Career Ambassadors (FE-CA) and all eligible Career Ministers (FE-CM) as well as members serving in the classes of Minister-Counselor (FE-MC) and Counselor (FE-OC) who have been designated for consideration by the appropriate Senior Board.* The Under Secretary for Management will determine the number and amounts of performance pay awards authorized. *Senior Foreign Service Performance Pay Boards* will be advised of the number of awards available and will review the files for performance pay. *Both the preliminary and the final reviews* will consist of the recently concluded rating period only.

Performance pay is based on superior performance in the most recent rating period. While promotion is based on multiple years of accomplishments, performance pay is awarded for a single year's accomplishments. As such, competition groups for performance pay are different from those used for promotion. Some outstanding members have held Presidential appointments and have elected the pay and benefits of their positions; therefore, those members are not eligible for performance pay.

The Boards are encouraged to weigh positively participation in outreach or "community service" activities that contribute to employee welfare and strengthen the Department as an institution. For example, Diplomat-in-Residence work is now focused on support of the Department's recruiting initiatives, which is a top management priority. The Boards are also encouraged to weigh positively evidence that an employee actively promotes leadership and management training at the organizational level, enhances that training, and applies the principles of leadership and management training to foster organizational improvement.

For Presidential Awards, the review will encompass the last three annual rating cycles while the member was in the Senior Foreign Service or equivalent grades.

SFS Selection Boards will recommend Presidential Award candidates to the Department's Senior Review Board (DSRB). *SFS Selection Boards may nominate up to 15 percent of eligible SFS employees for consideration by the DSRB.* The DSRB then *will* nominate candidates for the Presidential Distinguished Service and Meritorious Service Awards to the Interagency Selection Board, which will nominate candidates to the Secretary.

Any employee responsible for a delinquent Employee Evaluation Report (EER) will not be eligible to receive a Presidential award or performance pay during the 12 months following the due date of the delinquent EER (3 FAH-1 H-2819).

Decision criteria for performance pay and Presidential Awards are attached as an addendum (1) to these Precepts.

## C. DENIAL OF FE SALARY LEVEL INCREASES

Senior Boards must recommend denial of an FE salary increase in any case in which they low rank or refer a member to a Performance Standards Board.

## D. SPECIAL DIRECTIVES

### 1. CAREER MINISTER BOARD (SFS-I)

#### a. Consideration for Career Ambassador

The Career Minister Board will review the files of all eligible members of the class of Career Minister on a classwide basis. The Board will be advised of the number of nominations it may make to the Secretary for conferral of the personal rank of Career Ambassador. The names of the Career Ministers who meet the eligibility and service requirements for consideration will be certified to the Board by the Director of the Office of Performance Evaluation. The Board need not recommend any member for the personal rank of Career Ambassador and may not recommend more than the number of nominations authorized. The Board will prepare a statement to the Secretary justifying any nomination it may make.

#### b. Conferral of the Rank of Career Ambassador

The Foreign Service Act of 1980 authorizes the President, with the advice and consent of the Senate, to confer the personal rank of Career Ambassador of the SFS "in recognition of especially distinguished service over a sustained period." The eligibility requirements for consideration and the limited number of nominations authorized indicate that this signal honor should be conferred only in recognition of exceptionally distinguished and superior accomplishment in discharging the responsibilities of the most senior and demanding positions over a sustained period. In considering Career Ministers for this honor, the Board should seek a record of extraordinary sustained achievement and clear evidence of potential and availability for

continued service in the most important positions in the Department and abroad. The Board should also give particular consideration to the variety of career experience, domestic and overseas, geographical and functional, and to the range and importance of substantive and managerial experience.

## 2. MINISTER-COUNSELOR BOARD (SFS-II)

The Minister-Counselor Board will review on a class-wide basis the files of all eligible members of the class of Minister-Counselor. The Board should bear in mind that relatively few members demonstrate the exceptional qualifications warranting advancement to the class of Career Minister. No member should be recommended for consideration who has not already clearly demonstrated, through superior achievement in positions demanding broad leadership, policy direction, and program and resource management, that the officer is fully qualified to fill the most senior and responsible positions in the Service. In making its determinations, the Board should give particular weight to outstanding performance as Chief of Mission or in positions of comparable importance, such as Deputy Assistant Secretary and above, as well as to the member's ability to continue to perform at this level of responsibility.

## 3. COUNSELOR BOARD (SFS-III)

The Counselor Board will review the files of all eligible members in the class of Counselor (Class FE-OC) who have generalist primary skill codes. In addition, the Performance Folders of all members with a primary skill code in one of the administrative sub-functions (General Services-2301, Human Resources 2201) will be reviewed with *management* generalists. Files will be reviewed both on a class-wide and a functional (by cone) basis, unless the members are reached for promotion on the class-wide rank-order list.

## 4. SENIOR SPECIALIST AND SPECIALIST THRESHOLD BOARD (SFS-IV)

The Senior Specialist Board and Specialist Threshold Board will review the files of all eligible members in the class of Counselor and in class FS-1, who have primary skill codes in the following specialist occupational categories:

| Category | Skill Codes |
|---|---|
| Financial Management Officer | 2101 |
| Security Officer | 2501 |
| Security Engineering Officer | 2550 |
| Diplomatic Courier | 2580 |
| Information Technology Manager | 2884 |
| Printing | 4100 |
| Information Resource | 4200 |
| English Language Programs | 4300 |
| Medical Officer | 6110 |
| Health Practitioner | 6115 |
| Psychiatrist | 6125 |

| Facilities Maintenance Specialist | 6217 |
| Construction Engineer | 6218 |

In making recommendations for promotion and in discharging its other responsibilities, the Board will consider officers within each class (Counselor and FS-1) by occupational category. There are two exceptions at the OC level: 1) Security Officers and Security Engineering Officers will compete together for promotion and 2) former Information Management Specialists and Information Management Technical Specialists are competing together for promotion (at the OC and FS-1 level) as Information Technology Managers with the new 2884 skill code. For special instructions regarding current and former narcotics specialists, refer to Part III A. 3. "Merger of Labor, Narcotics and Environment/Science/Technology Skill Codes into the Mainstream," on page 10.

## 5. SENIOR FOREIGN SERVICE PERFORMANCE PAY BOARDS

*Senior Foreign Service Performance Pay Boards, one for generalists and one for specialists, will consider for performance pay the Performance Folders of all eligible Career Ambassadors (FE-CAs) and all eligible Career Ministers (FE-CMs) as well as members serving in the classes of Minister-Counselor (FE-MC) and Counselor (FE-OC) who have been designated for consideration by the appropriate Senior Board. Senior Foreign Service Performance Pay Boards review generalists and specialists as follows. The Senior Foreign Service Performance Pay Board for generalists considers all SFS generalists (FE-OC, FE-MC, FE-CM, and FE-CA) together for performance pay as a group regardless of class and prepares a rank order list. The Senior Foreign Service Performance Pay Board for specialists considers all SFS specialists (FE-OC and FE-MC) together for performance pay as a group regardless of class and prepares a rank order list.*

## 6. SENIOR THRESHOLD BOARD (GENERALISTS) (SFS-V)

### a.    Promotion

The Senior Threshold Board will review the files of all eligible members of class FS-1 with generalist primary skill codes who have requested consideration for promotion into the Senior Foreign Service. The Performance Folders of members with a multifunctional skill code will be reviewed first on a multifunctional and then on a functional basis (by cone), unless the members are reached for promotion multifunctionally. The Performance Folders of members not designated multifunctional will be reviewed on a functional basis according to their primary skill code. The Performance Folders of all members with a primary skill code in one of the *management* sub-functions (General Services-2301, Human Resources-2201) will be reviewed with administrative generalists. Members requesting promotion across the senior threshold may be considered by no more than six consecutive annual selection boards and must leave the Service if not promoted within that period.

For special instructions regarding current and former labor officers, environment/ science/technology officers, and narcotics specialists, refer to Part III A. 3. "Merger of Labor, Narcotics and Environment/ Science/Technology Skill Codes into the Mainstream," on page 10.

Generalists seeking to cross the senior threshold must have an S-3/R-3 professional level of proficiency in at least one foreign language. Specialists are exempt from any language proficiency for promotion across the threshold.

b.    Multifunctional Promotions

The Department's goal in creating the multifunctional skill code is to assist the Department in expanding the pool of broad gauged officers prepared to assume senior leadership positions. The Board is asked to rate each employee in the MF competition group based on the relative strength of that member's Performance Folder and demonstrated ability to perform effectively at the next higher level.

On September 25, 1998, the Director General and AFSA signed a new multifunctional program agreement broadening the former multifunctional program. Under the new program, officers no longer need to demonstrate cross-functional work (e.g., resource management vs. policy). This has been replaced by cross-conal service (e.g., political officer in an administrative, economic, consular or public diplomacy job). Multifunctional criteria continues to include transnational/global skills introduced in 1997 and largely eliminate the automatic status from the old "M" designation of jobs, e.g., office directors. Members found qualified for the multifunctional skill code will have served in positions designated as multifunctional (e.g., DCM), cross-conal or transnational/global. Except for a few officers "grandfathered" into the skill code at its creation, officers must apply for such a designation to a panel in Human Resources (HR/CDA).

Multifunctional credit will be given to officers who are serving or have served in positions for which multifunctional credit was awarded but now no longer carry multifunctional credit; and to those serving in positions at the time of the agreement, will receive credit for the entire time they encumber these positions. No member of the Service should be disadvantaged by these changes in the program.

A copy of the negotiated agreement on multifunctionality between the Department of State and AFSA of September 25, 1998, will be provided to the relevant Boards.

Positions encompassing core functions in the global (G) bureaus of OES, INL, PRM, and DRL were designated as multifunctional effective in 1997. Positions abroad designated as labor, environment/science/technology, narcotics, and refugee migration were also granted multifunctionality. The "T" bureaus were incorporated into the program by the Director General (and with AFSA's concurrence) in September, 2000. Officers also qualify if they have done "G" or "T" bureau work overseas (e.g., as a human rights officer, pol/mil officer, narcotics affairs or refugee officer). As a consequence of changes to the program over the years, officers who are currently multifunctional may display a variety of assignment histories that reflect multifunctional rules in effect at the time of their application.

For special instructions regarding current and former labor officers, environment/ science/technology officers, and narcotics specialists, refer to Part III A. 3. "Merger of Labor,

Narcotics and Environment/Science/Technology Skill Codes into the Mainstream," on page 10. (Note: Narcotics specialists who elect to change their skill code are eligible for multifunctional competition only.)

## PART V.  INTERMEDIATE BOARDS

### A.  INTERMEDIATE GENERALIST BOARDS

Intermediate Generalist Boards will review the Performance Folders of Foreign Service members with generalist skill codes in classes FS-2 through FS-4.  The Performance Folders of members in classes FS-2 and FS-3 with a secondary multifunctional skill code will be reviewed first on a multifunctional and then on a functional basis (by cone), unless they are reached for promotion multifunctionally.  The Performance Folders of members not designated multifunctional will be reviewed by function only.  The Boards will be organized as follows:

### 1.  BOARDS G-II MULTIFUNCTIONAL AND G-III MULTIFUNCTIONAL: PROMOTIONS FS-2 TO FS-1 AND FS-3 TO FS-2

The Department's goal in creating the multifunctional skill code is to assist the Department in expanding the pool of broad gauged officers prepared to assume senior leadership positions.

The Multifunctional (MF) Boards are asked to rate each employee in the MF competition group based on the relative strength of that member's Performance Folder and demonstrated ability to perform effectively at the next higher level.

On September 25, 1998, the Director General and AFSA signed a new multifunctional program agreement broadening the former multifunctional program.  Under the new program, officers no longer need to demonstrate cross-functional work (e.g., resource management vs. policy).  This has been replaced by cross-conal service (e.g., political officer in a *management*, economic, consular or public diplomacy job).  Multifunctional criteria continues to include transnational/global skills introduced in 1997 and largely eliminates the automatic status from the old "M" designation of jobs, e.g., office directors.  Members found qualified for the multifunctional skill code will have served in positions designated as multifunctional (e.g., DCM), cross-conal or transnational/global.  Except for a few officers "grandfathered" into the skill code at its creation, officers must apply for such a designation to a panel in Human Resources (HR/CDA).

Multifunctional credit will be given to officers who are serving or have served in positions for which multifunctional credit was awarded but now no longer carry multifunctional credit; those serving in positions at the time of the agreement will receive credit for the entire time they encumber these positions.   No member of the Service should be disadvantaged by these changes in the program.

A copy of the negotiated agreement on multifunctionality between the Department of State and AFSA of September 25, 1998, will be provided to the relevant Boards.

Positions encompassing core functions in the global (G) bureaus of OES, INL, PRM, and DRL were designated as multifunctional effective in 1997. Positions abroad designated as labor, environment/science/technology, narcotics, and refugee migration were also granted multifunctionality. The "T" bureaus were incorporated into the program by the Director General (and with AFSA's concurrence) in September, 2000. Officers also qualify if they have done "G" or "T" bureau work overseas (e.g., as a human rights officer, pol/mil officer, narcotics affairs or refugee officer). As a consequence of changes to the program over the years, officers who are currently multifunctional may display a variety of assignment histories that reflect multifunctional rules in effect at the time of their application.

For special instructions regarding current and former labor officers, environment/science/technology officers, and narcotics specialists, refer to Part III A. 3. "Merger of Labor, Narcotics and Environment/Science/Technology Skill Codes into the Mainstream," on page 9. (Note: Narcotics specialists who elect to change their skill code are eligible for multifunctional competition only.) For special instructions concerning mid-level Foreign Service generalists who were selected, after the integration of USIA, for conversion to the Public Diplomacy cone, refer to Part III A 4, "One Time Pilot Program for Cone Change to Public Diplomacy" on page 11.

## 2. BOARDS G-II (A AND B) FS-2 TO FS-1 AND G-III (A AND B) FS-3 TO FS-2

Boards G-II and G-III will review by functional category (cone) the Performance Folders of all eligible members in classes FS-2 and FS-3 in the FO/FP pay plans with generalist skill codes and FO members in the *management* subfunctions of finance, human resources, and general services. Eligible members with the Public Diplomacy skill code will be reviewed by Intermediate Generalist Boards G-II, Panel B, and G-III, Panel B, as appropriate.

Members recommended for functional promotions should demonstrate full proficiency in their primary functional field (cone). They may have deepened their functional expertise through a Department-sponsored university training program. Generalist officers, however, should, as they move into positions of greater responsibility, demonstrate an understanding of the broad range of State Department operations. Accordingly, experience which broadens a functional officer's perspective should be given appropriate weight by the Board.

For special instructions regarding current and former labor officers, environment/science/technology officers, and narcotics specialists, refer to Part III A. 3. "Merger of Labor, Narcotics and Environment/Science/Technology Skill Codes into the Mainstream," on page 9. For special instructions concerning mid-level Foreign Service generalists who were selected, after the integration of USIA, for conversion to the Public Diplomacy cone, refer to Part III A 4, "One Time Pilot Program for Cone Change to Public Diplomacy" on page 11.

## 3. BOARD G-IV

Board G-IV will review in classwide competition the Performance Folders of tenured members in class FS-4 who were in the Junior Officer, Mustang, and FSO Career Candidate Programs, plus the Performance Folders of career candidates in class FS-4 who have been recommended for

tenure but who have not satisfied the language requirement. For special instructions concerning mid-level Foreign Service generalists who were selected, after the integration of USIA, for conversion to the Public Diplomacy cone, refer to Part III A 4. "One Time Pilot Program for Cone Change to Public Diplomacy" on page 11.

## B. INTERMEDIATE SPECIALIST BOARDS

Intermediate Specialist Boards will review by occupational category the Performance Folders of eligible Foreign Service members in classes FS-2 through FS-6 with primary skill codes in the specialist occupational categories listed below, except that the Performance Folders of those members in the FO pay plan with skill codes in the administrative subfunctions of finance, personnel, and general services will be reviewed by Boards G-II and G-III. The Intermediate Specialist Boards will be organized as follows:

| Board | Occupational Category and Skill Codes | Pay Plan/Class |
|---|---|---|
| S-I | Construction Engineer (6218) | FS 2-4 |
| | Facilities Maintenance Specialist (6217) | FS 2-4 |
| | Medical Technologist (6145) | FS 2-4 |
| | Narcotics Officer (6070) | FS 2-4 |
| | Health Practitioner (6115) | FS 2-4 |
| | Finance (2101) | FS 2-4 |
| | Human Resources (2201) | FS 2-4 |
| | General Services (2301) | FS 2-4 |
| | Printing (4100) | FS 2-4 |
| | Information Resource (4200) | FS 2-4 |
| | English Language Program (4300) | FS 2-4 |
| S-II | Security Officer (2501) | FS 2-4 |
| S-III | Security Engineering Officer (2550) | FS 2-4 |
| | Security Technician (2560) | FS 3-4 |
| | Diplomatic Courier (2580) | FS 2-4 |
| S-IV | Information Technology Manager (2884) | FS 2 |
| | Information Management Specialist (2880) | FS 3-4 |
| | Information Management Technical Specialist (2882) | FS 3-4 |
| S-V | Office Management Specialist (9017) (ex Secretary) | FS 3-5 |
| S-VI | Office Management Specialist (9017) (ex Secretary) | FS 6 |

Specialists are members of the Foreign Service whose primary skills involve such specialized professional and technical qualifications that their performance is difficult to compare with generalists or other specialists of the same class. The Boards will evaluate specialist members in

accordance with the Criteria for Promotion in the Foreign Service, with emphasis on demonstrated performance and potential in the member's specialty.

Boards are reminded that some specialists serve in positions outside their specialist categories. Such assignments serve the interests of the Department as well as the developmental interests of the specialist. Evidence that a specialist has used such an assignment to enhance his/her value to the Department should be afforded the same weight as evidence in this regard with respect to assignments in his/her own specialty.

Boards will be informed when some members under their review have reached the top grade within their career field and cannot be further promoted. Boards should give particular attention to recommendations they are authorized to make concerning training and assignments, and a member's potential to serve in other functions.

1. BOARD S-I

(Finance, GSO, Human Resources, Health Practitioners, Facilities Maintenance Specialists, Construction Engineers, Medical Technologists, Narcotics Officers)

Board S-I will evaluate members with emphasis on demonstrated performance and potential in the members' function or occupational category. For special instructions regarding current and former narcotics officers, refer to Part III A. 3. "Merger of Labor, Narcotics, and Environment/Science/Technology Skill Codes into the Mainstream," on page 10.

Promotion eligibility to FP-03, 02 and 01 within the Facilities Maintenance Specialist skill code is dependent upon HR/CDA's verification of fulfillment of certification and training requirements: FP-03 – Certification under the Building Owners and Management (BOMI) *Systems Maintenance Administrator program and 40 hour management course approved by OBO/OM/FAC*; FP-02 – BOMI *Facilities Management Administrator* certification and fully successful performance in a Facilities Maintenance position; FP-01 – successful completion of a required 40 hour management training course *approved by OBO/OM/FAC* and certification as a *Certified Plant Engineer* by the American Institute of Plant Engineers. Facilities Maintenance Specialists who are not eligible for promotion consideration, however, will still be reviewed to identify those who should be low ranked and/or referred to a Performance Standards Board.

2. BOARD S-II

(Security Officers)

Board S-II should be aware that since a preponderance of the positions in the Security Officer category are located in the United States, a number of security officers have not had the opportunity to serve abroad. The Board should ensure that no officer is disadvantaged because of the lack of an assignment abroad.

3. BOARD S-III

(Security Engineers, Security Technicians, Diplomatic Couriers)

Board S-III will evaluate members with emphasis on demonstrated performance and potential in the members function or occupational category.

4. BOARD S-IV

(Information Management Specialists and Information Management Technical Specialists)

Board S-IV should be aware that the Information Management Specialist (2880) skill code was created in March 1992. The skill code consists of former Systems Managers and former Operational Communications personnel. The two former categories have been considered jointly for promotion since 1993. Board S-IV should also be aware that at the Class 2 level, former Information Management Specialists and Information Management Technical Specialists are now competing together for promotion as Information Technology Managers with the new 2884 skill code.

The Board will evaluate members placing emphasis on those individuals who have shown initiative to the extent opportunities exist, in acquiring, through formal or informal means, the skills of the new, broad based, Information Management Specialist (IMS) category. The Board shall place priority consideration on those members who have demonstrated skills, performance, and potential in multiple disciplines (the former computer systems and telecommunications skills of the 2880 group). Because the skill codes have been combined since March 1992, every 2880 skill code individual has had ample opportunity to demonstrate skills, or at a minimum potential for acquiring skills, in multiple areas and the Board should rate accordingly. *In considering FS-03s for promotion, the Board should consider whether employees in skill codes 2880 and 2882 have gained leadership, management, and supervisory experience by serving in 2880 or 2882 management positions.*

Eligible members of classes FS-2 through FS-4 in the Information Management Technical Specialist (IMTS) 2882 category, formerly known as Communications Officer-Technical (2442), will also be considered for promotion by the S-IV Board. The Board shall give particular credit to those individuals who have shown initiative (through either formal or informal means) in the skill areas of computer systems, telecommunication, radio, telephone, and software operating systems to meet the new, changing information technology needs of the Department.

5. BOARDS S-V and S-VI (Office Management Specialists)

The growth of office automation and diminishing resources have led to a more multifaceted role for office management specialists and to expanding duties in the area of office management and systems administration. These duties include substantive tasks related to the work of the office and can involve use of foreign languages. The Department views the Foreign Service office management specialist as an employee who has the potential to perform a variety of functions.

PERFORMANCE PAY AND PRESIDENTIAL AWARDS
(3 FAM 2872.3-1)

Recommendations of SFS members for Department performance pay awards shall be based on the following criteria:

(1) The relative value of the member's achievement to the accomplishment of the Department's mission;

(2) The degree of difficulty inherent in successful achievement by the member;

(3) The extent to which achievement was characterized by strong executive leadership and significant contributions in the formulation of agency policies and programming;

(4) Effective supervision and development of subordinates;

(5) Participation in outreach or "community service" activities that contribute to employee welfare and strengthen the Department as an institution, such as recruiting (e.g., duty on the Board of Examiners or as Diplomat-in-Residence), mentoring and Selection Board work;

(6) Evidence that an employee actively promotes leadership and management training at the organizational unit level, enhances that training, and applies the principles of leadership and management training to foster organizational improvement;

(7) The extent of demonstrated highly developed functional, foreign language and area expertise;

(8) Achievements in the areas of cost reduction, efficiency, quality of work, productivity, and timeliness to the end of improving Foreign Service managerial flexibility and effectiveness;

(9) Meeting affirmative action goals and achievement of equal opportunity requirement;

(10) Achievements in the identification, correction, and control of waste, fraud, and mismanagement;

(11) Failure to manage classified material and information properly should be regarded as a serious impediment to the recommendation of performance pay;

(12) Evidence of effective performance management and evaluation as demonstrated by timely submission of employee evaluation reports.

31

## ADDENDUM 2 TO THE 2003 PROCEDURAL PRECEPTS

| SECURITY AWARENESS |
| --- |

Security is an inherent, inextricable and indispensable component of all employee positions at the Department of State. Security awareness is so important to a Foreign Service employee that the management of classified material and information is an important part of the "core precepts", the decision criteria used by Selection Boards in their decisions on recommending Foreign Service employees for promotion. Foreign Service employees' performance includes an assessment of how well they fulfill their security-related responsibilities.

Every employee's work requirements include a statement about the proper management of classified material and information. Where an employee has demonstrated a pattern of failure with respect to safeguarding classified material and information, this will be reflected in the evaluation report. Failure to guard classified material and information is one of the areas of weakness, which may be grounds for a Selection Board's decision to low rank an employee.

*Foreign Service Selection Boards will be given the security incident record for the five years prior to May 1, 2003 for each employee competing for promotion to FS-01 and above and for each employee competing for performance pay and Presidential awards at FE-OC and above. Employees may request a copy of their security incident record from the Bureau of Diplomatic Security and may submit to HR/PE by June 1, 2003 a response regarding their security incident record for consideration by the appropriate Selection Board.*

 *Selection Boards will use the security incident reports, and any response from employees regarding their own security incident reports, in conjunction with the material in the OPF to determine the competitiveness of those employees for promotions, performance pay, and Presidential awards. Security incident reports also may be used by Selection Boards for other decisions, such as low ranking. State 99945 of April 18, 2003 provides details on the subject.*