UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP E. WRIGHT,

    Plaintiff,

v.                                  Civil Action No. 06-0526 (JDB)

FOREIGN SERVICE GRIEVANCE
BOARD, et al.,

    Defendants

## REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff requests that the Court order Defendants to provide copies of the following documents to Plaintiff and to the Court:

1. All documents related to the grievance filed in 2005 (AGS 2005-029) which resulted in the Settlement Agreement of July 2005;

2. A copy of Plaintiff's complete personnel file;

3. A complete set of all Low Rankings and Designations for Separation relating to the Plaintiff; and

4. A complete set of the procedural and substantive precepts for Foreign Service Selection Boards for 1986-2003.

## JUSTIFICATION

1. Defendants in their Motion to Dismiss and for Summary Judgment filed on November 30th rely heavily in the Settlement Agreement between Plaintiff and the

RECEIVED
DEC 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Department of State signed in July 2005. However, only the Settlement Agreement itself is provided as an exhibit to Defendants' filing. None of the record relating to this proceeding is included. The missing materials include the following:

    A.    2002 Low Ranking Statement with cover letter from Gregory M. Adams of November 25, 2002;

    B.    2003 Low Ranking Statement with cover letter from Gregory M. Adams of March 19, 2004;

    C.    2003 Designation for Separation with cover letter from W. Robert Pearson of May 6, 2004;

    D.    Letter to Plaintiff from Gregory M. Adams of June 2, 2004;

    E.    Letter from Ambassador Aubrey Hooks to W. Robert Pearson of May 3, 2004;

    F.    Letter from W. Robert Pearson to Ambassador Aubrey Hooks of May 27, 2004;

    G.    Letter from Robert B. Nolan to Plaintiff of July 6, 2004;

    H.    Plaintiff's Grievance Submission for Final Agency Review of April 1, 2005;

    I.    Letter from Joanne M. Lishman to Plaintiff of April 4, 2005;

    J.    E-mail from Terry M. Hagans to Plaintiff of July 1, 2005;

    K.    E-mail from Plaintiff to Hagans of July 6, 2005;

    L.    E-mail from Hagans to Plaintiff of July 6, 2005;

    M.    E-mail from Hagans to Plaintiff of July 12, 2005;

    N.    E-mail from Plaintiff to Hagans of July 14, 2005;

  O.  Any other Department of State documents relating to this matter, including internal Departmental communications, not listed above.

  Documents A-N should total less than 50 pages. These documents are necessary for a full and proper evaluation of the allegations raised in Part III of the Plaintiff's Complaint of March 21, 2006, the arguments raised in Defendants' November 30 filing, and the arguments to be raised in Plaintiff's opposition.

  2. Portions of the Plaintiff's personnel file, consisting primarily of Employee Evaluation Reports (EER), are scattered throughout the Administrative Record (AR) filed with the Court. In at least one case, a page is missing from an EER. Some of the EERs are cut off on the left side, presumably as a result of multi-generational copying. In addition, the EERs in the AR are only included through the 2002 rating cycle. The EERs for the 2003, 2004 and 2005 rating cycles are relevant to the allegations raised in Part III of the Plaintiff's Complaint. It will greatly simplify consideration of this matter to have Plaintiff's personnel file available in clean and complete copies and in chronological order.

  3. Some Low Ranking Statements are missing from the AR, in addition to the Low Rankings referred to in Part 1 above. There is an office in the Department of State that retains Low Rankings and Designations for Separation since these are not included in the personnel file. Again, it will greatly simplify consideration of this matter to have all Low Rankings and Designations for Separation available separately and in chronological order.

4. As noted in Defendants' Memorandum of November 30th (p. 4), Plaintiff's EERs from 1986 on are at issue in this matter. The procedural and substantive precepts constitute State's (and the United States Information Agency prior to 1999) framework for evaluating Foreign Service Officers. The precepts change in some details each year, so a new set of precepts is apparently issued each year. There seem to be two sets of precepts, procedural precepts and substantive precepts, which cover job skills such as substantive knowledge, managerial skills, interpersonal relations, and so on. These precepts need to be available for the Court to properly and fully consider the issues raised in Plaintiff's Complaint. Defendants have introduced the procedural precepts for 2003 as an exhibit to their November 30th filing. To my knowledge there is no other way to obtain these precepts other than to request them from the Department of State.

There is no surprise to Defendants in requesting these materials since the Plaintiff had requested them in discussing at the end of September with Defendants the record to be filed with the Court. There is no hardship placed on the Department of State in providing these materials. As noted, provision of these documents is necessary for full and proper consideration of the Plaintiff's Complaint.

### REQUEST FOR EXTENSION OF TIME

If Plaintiff's request for Production of Documents is granted in full or in part, Plaintiff requests that the deadline for filing Plaintiff's opposition be extended to 20 days after provision of the requested documents to the Court and to Plaintiff.

If Plaintiff's request for Production of Documents is denied, Plaintiff requests that his deadline for filing an opposition be extended until January 26, 2007. In this regard Plaintiff notes that he did not receive a copy of Defendants' filings of November 30th

when they were filed. After checking with the Assistant United States Attorney, Plaintiff received an electronic copy of the filings on December 18th and a hard copy of the filings and exhibits on December 19th.

Respectfully submitted this the 22nd day of December, 2006.

*Phillip E. Wright*
Phillip E. Wright, pro se
4260 Franklin Street
China Grove, NC 28023
Tel: (704) 796-2272
E-mail: pwrightjr1@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 22nd day of December, 2006 that a copy of the foregoing was e-mailed to Diane M. Sullivan and Reginald Rowan at the offices of the United States Attorney for the District of Columbia and that paper copies were sent by UPS/~~Federal Express~~ to Ms. Sullivan and Mr. Rowan at the Judiciary Center Building; 555 Fourth Street, N.W.; Room E4919; Washington, DC 20530.

*Phillip E. Wright*
Phillip E. Wright, pro se
4260 Franklin Street
China Grove, NC 28023
Tel: (704) 796-2272
E-mail: pwrightjr1@yahoo.com