UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP E. WRIGHT,

Plaintiff,

v.

FOREIGN SERVICE GRIEVANCE

BOARD, et al.,

Defendants.

Civil Action No.  06-0526 (JDB)

## ORDER

On December 27, 2006, plaintiff filed a motion asking this Court to order the production

of various documents by defendants.  The Court construes this request as a motion to supplement

the administrative record filed by the Department of State on October 25, 2006.  Plaintiff's

December 27, 2006 motion also requests an extension of time to file an opposition to [14]

defendants' motion to dismiss and motion for summary judgment.  Accordingly, upon

consideration of plaintiff's motion and the entire record herein, it is hereby

**ORDERED** that defendants shall respond to plaintiff's motion to supplement the

administrative record by not later than January 10, 2007, and it is further

**ORDERED** that plaintiff's motion for an extension of time is **GRANTED**, and it is

further

**ORDERED** that plaintiff shall file an opposition to defendants' motion to dismiss and

motion for summary judgment by not later than January 26, 2007.

                                         _____
                                         JOHN D. BATES
                                         United States District Judge

Dated:    December 27, 2006