UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP E. WRIGHT,

    Plaintiff,

    v.

FOREIGN SERVICE GRIEVANCE

BOARD, et al.,

    Defendants.

Civil Action No. 06-0526 (JDB)

FILED

JAN 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

On December 27, 2006, plaintiff, acting pro se, filed a motion to supplement the administrative record. The Court ordered defendants to respond to this motion, and they have now done so. Plaintiff may, but is not required to, file a reply to defendants' response, and he must do so by not later than January 22, 2006.

Also on December 27, 2006, plaintiff filed a motion for an extension of time to file an opposition to defendant's motion to dismiss and motion for summary judgment. The Court granted the motion for an extension of time, and ordered plaintiff to file an opposition by not later than January 26, 2007. The Court considers plaintiff's obligation to file an opposition wholly independent of the pending motion to supplement the administrative record, and he must file that opposition by January 26, 2007, regardless of the status of his motion.

Accordingly, upon consideration of the entire record herein, it is hereby

**ORDERED** that plaintiff shall file any reply to [18] defendants' opposition to the motion to supplement the administrative record by not later than January 22, 2007; and it is further

**ORDERED** that plaintiff shall file an opposition to [14] defendants' motion to dismiss and motion for summary judgment by not later than January 26, 2007.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated:   January 11, 2007