# PLAINTIFF'S EXHIBITS

| **Documents** | **Page No.** |
| --- | --- |
| Record in AGS 2005-029 | 1 |
| Employee Evaluation Reports from May 2002 to April 2005 | 42 |
| Decision Criteria for Tenure and Promotion in the Foreign Service | 61 |
| EER Advice | 68 |
| Excerpt from Foreign Service Grievance Board Annual Report for the year 2000 | 75 |
| Excerpts from relevant FSGB decisions (arranged in chronological order) | 76 |
| Declaration of Micheal D. Slack | 104 |