

# U.S. DEPARTMENT OF STATE
## FOREIGN SERVICE INSTITUTE
### REPORT OF TRAINING IN LANGUAGE/AREA SKILLS AND ACHIEVEMENTS

| NAME OF STUDENT | AGENCY | GRADE | SSN | TYPE OF PROGRAM | POST OF ASSIGNMENT |
|---|---|---|---|---|---|
| Wright, Phillip | State | FO-03 | 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 | 100 | Kinshasa |

| TYPE OF TRAINING | CODE | FROM | TO | WEEKS OF TRAINING | |
|---|---|---|---|---|---|
| Language: French | FR | 05/28/2002 | 07/26/2002 | 9 | |

## LANGUAGE STUDIES SEGMENT

**COURSE DESCRIPTIONS:** The basic course is an integrated language and area studies course designed to prepare USG personnel to serve more effectively by developing knowlege about the country and an understanding of its dynamics together with facility in the language. The FAST course is an intensive language program leading to skills and confidence needed to cope successfully with situations likely to be encountered at post of assignment. OTHER programs as described below.

**Remarks:**

Mr. Phillip Wright was enrolled in the French Basic Course.

A self-motivated and very conscientious student, Mr. Wright approached the training program with a positive attitude towards the language and culture. Seeking every opportunity to practice and use the language, Mr. Wright worked productively and patiently with his classmates and teachers throughout his training. Methodical and responsive to suggestions for maximizing the benefits of his training, Mr. Wright was prompt and consistent with all required written and spoken assignments. He made diligent efforts to improve his presentation and listening comprehension skills. He developed a fine base in the language upon which to build as he continues using the language in Kinshasa.

**APTITUDE**

MLAT score prior to training: 70   Observed aptitude: Strong: X   Average: ___   Below Average: ___

**PROFICIENCY SCALE**

- S-1/R-1 Elementary Proficiency
- S-2/R-2 Limited Working Proficiency
- S-3/R-3 General Professional Proficiency
- S-4/R-4 Advanced Professional Proficiency
- S-5/R-5 Functionally Native Proficiency

**PROFICIENCY ATTAINMENTS**

| | S- | /R- | Date |
|---|---|---|---|
| Last previous score in this language | ___ | ___ | ___ |
| Proficiency at start of training | 2 | 2 | 05/28/2002 |
| End of training scores | 3 | 3 | 07/26/2002 |

End of training scores based on test and observation —— OFFICIAL ——   Observation Only ___

**APPLICATION SCALE**   Outstanding   Excellent   Good   Fair   Poor

In-class participation, effort, and cooperation: __Outstanding__   Out-of-class effort and preparation as reflected in class: __Outstanding__

**RECOMMENDATION FOR ENROLLMENT IN CATEGORY "B" (Difficult) LANGUAGE TRAINING**

[X] Strong Candidate    [ ] Average Candidate    [ ] No recommendation

**SIGNATURES**

Language Training Supervisor: Solomon A.M. Atayi, LTS    (Signature)    7-26-02

Reviewed by: Marie Charlotte Iszkowski, Chair    (Signature)    7-26-0

**FOR STUDENT**
I have seen a copy of this report
I understand that I may attach a statement for the record.    Phillip E Wright (Signature)    7-26-02

Form DS-651 (03-02)

42

See Instructions Before Completing
U.S. Department of State

# U.S. FOREIGN SERVICE EMPLOYEE EVALUATION REPORT

## SUBMISSION CONTROL

| DATE RECEIVED IN POST/BUREAU (mm-dd-yyyy) | DATE RECEIVED IN HR/PE (mm-dd-yyyy) | DATE RELEASED TO DEPARTMENT FILES (mm-dd-yyyy) |
|---|---|---|
|  |  |  |

**NAME OF EMPLOYEE BEING RATED** (Last, First, MI)
WRIGHT   PHILLIP   E.

**TYPE OF REPORT**
REGULAR [X]    CAREER CANDIDATE [ ]    VOLUNTARY [ ]
INTERIM: Change of Rater [ ]    Duties [ ]    Assignment [ ]

**GRADE:** FO-03
**SSN:** 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
**POSITION TITLE:** Public Affairs Officer

**POST OR ORGANIZATION:** Kinshasa
**PERIOD COVERED** (mm-dd-yyyy) From 10-01-2002 To 04-15-2003

**RATER:** James C. Swan
**TITLE:** Deputy Chief of Mission    **GRADE:** FO-01

**REVIEWER:** Aubrey Hooks
**TITLE:** Ambassador    **GRADE:** FE-MC

A. [signature] 04-18-2003
Rater's signature upon completion of Sections I, III, IV and V    Date (mm-dd-yyyy)

After careful review, I consider this report to be complete, in conformance with the instructions, and adequately documented by specific examples of performance.

B. [signature] 04-25-2003
Reviewer's signature upon completion of Section VI    Date (mm-dd-yyyy)

## I. CERTIFICATION – WORK REQUIREMENTS AND COUNSELING

Work requirements were established by rater, reviewer, and employee on (mm-dd-yyyy)   11-05-2002

If applicable, requirements were revised on (mm-dd-yyyy) _____

Employee's performance was discussed (candidate was counseled) on at least two dates as follows: (mm-dd-yyyy)

1. 02-14-2003   2. _____   3. _____   4. _____

In the case of an unsatisfactory performance rating, this is also to certify that the requirements of 3 FAH-1 H-2814. 3 (tenured employees), 3FAH-1 H-2326 (employees subject to administrative promotion), or 3 FAM 2248 (FSO Career Candidates) have been met.

I certify that counseling sessions took place during the rating period and that at least one of them was documented in writing using the Counseling Certification Form (DS-1974).

[signature] Rating Officer      [signature] Philip E. Wright, Rated Employee      5-12-03 Date (mm-dd-yyyy)

## II. REVIEW PANEL STATEMENT (Completed by Review Panel)

A. **Examples of Performance:** Specific examples have been provided in all sections [X] Yes (If not, return for rewrite.)
B. **Certification:** This report has been prepared according to the regulations and contains no inadmissible material.

05-13-2002     KAREN OGLE     [signature] Karen Ogle
Date (mm-dd-yyyy)   Panel Chairperson's Name - Type   Signature

C. **Comments:** (If submitted late, indicate who is responsible for delay.)

Panel Chairperson counseled rated employee on possible revisions to employee statement

When completed on Foreign Service personnel, this is an efficiency report which shall be subject to inspection only by those persons authorized by Sec. 604 of the Foreign Service Act of 1980.

### III. EMPLOYEE'S JOB AND WORK REQUIREMENTS (Established by Rater, Reviewer and Employee)

A. Describe the position and where it fits in the staffing pattern; indicate the number and kind of employees supervised or team affiliation(s) and tasking(s), whichever is applicable.

Phillip Wright is the Public Affairs Officer in Kinshasa. He reports directly to the DCM. Mr. Wright has overall responsibility for all aspects of the Public Affairs Section (PAS). The includes overall supervision and guidance for 11 FSNs, an American A/PAO, and an American Director of the Congo-America Language Institute (CALI). Mr. Wright also has ultimate responsibility for the effective use of a public affairs budget of around half a million dollars.

B. Divide work requirements into two categories: continuing responsibilities and specific objectives (including, as appropriate, professional development activities), listing these in descending priority order.

Continuing Responsibilities

--Effectively manage public affairs assets and resources, both those available locally and those available from Washington
--Provide effective liaison and co-ordination between the various public diplomacy elements in the State Department and the various sections of the Embassy in Kinshasa
--Provide effective supervision, guidance and career development for the PAS FSNs and the A/PAO
--Provide general guidance for CALI
--Supervise exchange programs such as the International Visitors Program, the Fulbright program, and other similar programs offered by the State Department
--Prepare speeches for the Ambassador and the DCM as required
--Ensure the proper handling of classified material

Specific Objectives

--Renew American speaker programming in the DRC
--Renew cultural programming in the DRC
--Improve PD's system of information support for the Embassy
--Expand public affairs activities outside of the Kinshasa area

C. Describe any special circumstances influencing the work program.

PAS-Kinshasa had been understaffed for more than two years prior to Mr. Wright's arrival in October 2002. The previous PAO had been expelled more than two years prior to Mr. Wright's arrival and the position had remained vacant until his arrival. The DRC is a greater hardship post. The country is currently divided into at least three zones of control. Travel within the DRC is difficult and dangerous. Kinshasa is a city with a high crime rate, a poor infrastructure and generally unsanitary conditions. PD work is carried out in an environment that is difficult, depressing, unhealthy, and at times dangerous.

## IV. EVALUATION OF PERFORMANCE AND ACCOMPLISHMENTS (Completed by Rater)
### ALL CLASSES

**A. General Appraisal:**

|  | | YES | NO |
|---|---|---|---|
| 1. All Employees: | Performance was satisfactory or better (If no, see instructions for documenting unsatisfactory performance) | ☒ | ☐ |
| 2. SFS Members: | 1. Adjustment of Salary Level -- Performance was excellent or better | ☐ | ☐ |
| | 2. Member is recommended for Performance Pay (see instructions) | ☐ | ☐ |
| | 3. Member is recommended for Recertification -- Performance was excellent or better | ☐ | ☐ |
| | (See instructions for recertification, conditional recertification, and non-recertification criteria) | | |

**B. Discussion:** Identify at least three of the work requirements including continuing responsibilities and/or specific objectives listed in Section III. For each, using examples, describe the employee's performance and accomplishments.

Phil Wright is off to a strong start in his first six months as Public Affairs Officer in Kinshasa. He has devoted careful attention to management of a section that had been without a PAO since his predecessor was expelled more than two years earlier. He has also taken an active leadership role in reviving a number of Department-offered cultural programs that Embassy Kinshasa had not benefited from in some years. He is well on his way to establishing a fully functional, organizationally sound PD section that offers post the complete range of PD programming.

Phil's management of the Section puts a premium on forward-planning. He has developed a calendar of upcoming section activities to highlight future programs, in-country travel, and visitors. This ensures that preparations are completed well in advance.

He has been a bear on proper use of USG funds by all staff in the section – for example, following up with Congolese staff members to eliminate exorbitant use of post-funded cell-phones (a necessity here due to lack of local landline phone service). During most of the rating period, while the USG was on a Continuing Resolution pending passage of the FY 2004 budget, Phil was fully on top of the implications for PD programming. He correctly scaled back a number of activities related to post's English teaching program until new funds were released once the CR ended.

While tightly managing the Section, Phil has at the same time looked outwards to find new PD programs that could be added to post's PD portfolio. He has greatly increased in-country travel by PD to expand outreach to other communities. Such travel is essential given Congo's size (as large as the US east of the Mississippi River) and diversity. He scheduled an outstanding gospel singer to provide workshops and to perform at post's Martin Luther King Day reception – the first PD-sponsored US performer to visit Congo in at least six years. Thanks to his efforts, post is also on the itinerary for the Jazz Ambassadors this year, and on the list to receive a Fullbright scholar in the 2005 academic year. Under his guidance, the A/PAO obtained funding from the Ambassador's Cultural Preservation Fund to support Congo's badly dilapidated national museum.

Many of these programs would be standard fare for PD sections around the world. But the fact is that for a variety of reasons this post had not been benefiting from such activities for many years. What Phil has done in his first six months is revive these programs and put us back on the PD map for new opportunities. He has laid the groundwork for an ambitious PD program in Congo, and I very much look forward to seeing the results during the balance of his tour here.

## V. EVALUATION OF POTENTIAL (Completed Later)

**A. For Career Candidates only:** Assessment of career potential as a Foreign Service Officer or Foreign Service Specialist:

☐ Unable to assess potential from observations to date
☐ Candidate is unlikely to serve effectively even with additional experience
☐ Candidate is likely to serve effectively but judgement is contingent on additional evaluated experience
☐ Candidate is recommended for tenure and can be expected to serve successfully across a normal career span (see instructions)
(Support your choice by discussing below the candidate's potential for successful service across a normal career span, citing examples which illustrate strengths and weaknesses in each of the competencies cited below.)

**B. For all Foreign Service employees:** For each of the competency groups listed below, draw on specific examples of performance to describe the rated employee's potential for advancement in the Service. (See Core Precepts for definitions of competencies.)
1. Leadership Skills   2. Managerial Skills   3. Interpersonal Skills   4. Communication and Foreign Language Skills
5. Intellectual Skills   6. Substantive Knowledge

Phil Wright encumbers our PD Section Chief Position, which is graded at the FS-01 level. His performance over the past six months has demonstrated his potential to serve effectively at the FS-02 level; he clearly merits promotion.

Leadership: Recognizing that the current location of the Congo-American Language Institute is inadequate, Phil and his team have led the search for an alternative site that provides better security and increased space to accommodate projected growth of the student body. Phil has managed the complex approval process, involving various Department elements as well as post's Procurement Section.

Managerial: Phil's full program for the outstanding visit of the gospel singer entailed managing transportation, equipment, and back-up musicians, for multiple workshops and performances. Phil did all this even while short-staffed, and while preparing for her featured performance the Martin Luther King reception – post's second-biggest representational event of the year.

Interpersonal: Phil ensures cooperation from other mission elements by getting their input early on key PD programs. For this year's International Visitors slate, Phil held an initial organizational meeting with all sections, and then followed up with individual meetings in each section to ensure nomination of strong candidates before the deadline.

Communication: On numerous occasions during the rating period, Phil was called on to demonstrate his strong drafting skills. He prepared press releases and wrote speeches used by the Ambassador at major receptions and public events. Phil's writing is clear and direct, and I would like to see him work on making his oral presentations equally crisp.

Intellectual: Under Phil's direction, the PD section has greatly increased its dissemination within our mission of information on developments in Congo. Phil is constantly alert to new articles or reports, not only to keep himself informed, but also to share this information with other embassy staff.

Substantive: Phil's successful efforts to expand PD programming in the Congo reflect his thorough knowledge of the full range of PD options available. He also knows just where to turn, whether in the Department or in a critical PD branch office in Paris to get us what we need – e.g., the Jazz Ambassadors.

Based on his strong performance in Kinshasa, Phil has demonstrated the potential to serve successfully at the next highest grade level and should be promoted.

C. **Areas for Improvement:** The following must be completed for all employees. Employees should be made aware of areas where they should concentrate their efforts to improve. Specify at least one area in which he/she might best direct such efforts. Area(s) cited must be explicitly linked to one or more of the competency groups listed in Section V B and must have been discussed with the employee in counseling during the rating period. Justify your recommendation with examples and indicate below competency group(s) being addressed.
*(The response is not to be directed to need for formal training.)*

Specify Competency ____Communication____   Specify Competency _____

Phil writes well, but his oral presentations would benefit from being briefer and better focused, both in one-on-one conversations and in group meetings (e.g., Country Team). Crisper verbal communication would ensure that Phil's listeners can focus on the key elements of his message.

## VI. REVIEW STATEMENT *(Completed by Reviewer)*

Assess the employee's performance and potential (if a career candidate, potential to serve across a normal career span-see instructions). Independent observations are encouraged and must be supported by additional examples of performance observed this rating period. Note differences with the rater's appraisal or recommendations. Comment on relations between rater and employee.

I concur fully with the excellent evaluation which the DCM has written on Phillip Wright. Relations between the two were very good.

I would like to highlight two areas where I think Phil deserves special commendation. Phil is an expert at culling from the internet information that is relevant to issues that I am working on – the Congolese peace process, the Congo rainforest, MONUC (UN peacekeeping operation in Congo) press releases or White House papers that provide background to various demarches that we are called upon to make to the Government of Congo. I find this extremely helpful in terms of background reading and reference documents.

Secondly, Phil's organizational skills are outstanding. I would particularly like to cite the four performances by a visiting Gospel singer, in addition to workshops, that he set up, making sure that details such as sound systems and transportation were fully checked. Phil was fully responsible for the entertainment provided at the Martin Luther King Reception. In addition to the fantastic Gospel singer, he got the University of Kinshasa Choir to back her up, and then spiced the evening with a performance by Papa Wemba, Congo's most popular singer, and a surprise performance by Tschala Mwana, probably Congo's best known female soloist. For weeks afterwards, guests at the reception were raving about the evening's entertainment. Perhaps the most telling was the French ambassador who said: "You have set a new standard for receptions that no other embassy can match." The credit goes to Phil.

Given the standard of performance which Phil has maintained throughout this rating period, I concur with the DCM's recommendation that Phil be promoted in the next promotion cycle

## VII. STATEMENT BY RATED EMPLOYEE

**A. Discussion:** This Section is intended to provide the rated employee's views on the period of performance appraised. You must comment on your most significant achievements during the period. You also may address any activities or problems not adequately covered in this report, or aspects of the appraisal which need clarification or correction. You are encouraged to state your current career goals including training and assignments desired over the next 5 years. *(Continuation sheets may be used.)*

I am told that I have to make a statement here. My significant achievements have been described by the Rating and Reviewing Officers. I have nothing to add to this. My reticence in commenting here should not be taken as a sign of dissatisfaction with the comments made by the Rating and Reviewing Officers. Quite the contrary. Nor should this be taken as a sign of any unhappiness or dissatisfaction with the job or the post. However, my unwillingness to make additional comments here should be taken as a sign of the utmost disrespect for this contemptible and corrupt travesty that dares to pass itself off as a personnel system.

**B. I acknowledge receipt of this report.**

Date Section VII Completed. *(mm-dd-yyyy)*   5-12-09     *Phillip E. Wright*
                                                           Employee's Signature

See Instructions Before Completing
U.S. Department of State

# U.S. FOREIGN SERVICE EMPLOYEE EVALUATION REPORT

## SUBMISSION CONTROL

| DATE RECEIVED IN POST/BUREAU (mm-dd-yyyy) | DATE RECEIVED IN HR/PE (mm-dd-yyyy) | DATE RELEASED TO DEPARTMENT FILES (mm-dd-yyyy) |
|---|---|---|
| | | |

**NAME OF EMPLOYEE BEING RATED** (Last, First, MI)
Wright  Phillip  E

| TYPE OF REPORT | GRADE | SSN |
|---|---|---|
| REGULAR ☒   CAREER CANDIDATE ☐   VOLUNTARY ☐ | FS-03 | 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 |
| INTERIM: Change of Rater ☐   Duties ☐   Assignment ☐ | POSITION TITLE: Public Affairs Officer | |

| POST OR ORGANIZATION | PERIOD COVERED (mm-dd-yyyy) |
|---|---|
| Embassy Kinshasa | From 04-16-2003  To 04-15-2004 |

| RATER James C. Swan | REVIEWER Aubrey Hooks |
|---|---|
| TITLE: Deputy Chief of Mission   GRADE: FS-01 | TITLE: Ambassador   GRADE: FS-MC |

After careful review, I consider this report to be complete, in conformance with the instructions, and adequately documented by specific examples of performance.

A. _James Swan_  4/28/04    B. _Aubrey Hooks_  4-29-2004
Rater's signature upon completion of Sections I, III, IV and V   Date (mm-dd-yyyy)    Reviewer's signature upon completion of Section VI   Date (mm-dd-yyyy)

## I. CERTIFICATION – WORK REQUIREMENTS AND COUNSELING

Work requirements were established by rater, reviewer, and employee on (mm-dd-yyyy)   07-24-2003

If applicable, requirements were revised on (mm-dd-yyyy) _____

Employee's performance was discussed (candidate was counseled) on at least two dates as follows: (mm-dd-yyyy)

1. 10-03-2003    2. 02-04-2004    3. _____    4. _____

In the case of an unsatisfactory performance rating, this is also to certify that the requirements of 3 FAH-1 H-2814. 3 *(tenured employees)*, 3FAH-1 H-2326 *(employees subject to administrative promotion)*, or 3 FAM 2248 *(FSO Career Candidates)* have been met.

*I certify that counseling sessions took place during the rating period and that at least one of them was documented in writing using the Counseling Certification Form (DS-1974).*

_James Swan_              _Phlip E. Wright_        5-7-04
Rating Officer              Rated Employee           Date (mm-dd-yyyy)

## II. REVIEW PANEL STATEMENT (Completed by Review Panel)

A. **Examples of Performance:** Specific examples have been provided in all sections ☒ Yes *(If not, return for rewrite.)*
B. **Certification:** This report has been prepared according to the regulations and contains no inadmissible material.

05/08/2004        Jeffrey D. Lischke                _Jeff D. Lischke_
Date (mm-dd-yyyy)   Panel Chairperson's Name - Type    Signature

C. **Comments:** *(If submitted late, indicate who is responsible for delay.)*

When completed on Foreign Service personnel, this is an efficiency report which shall be subject to inspection only by those persons authorized by Sec. 604 of the Foreign Service Act of 1980.

### III. EMPLOYEE'S JOB AND WORK REQUIREMENTS (Established by Rater, Reviewer and Employee)

**A. Describe the position and where it fits in the staffing pattern; indicate the number and kind of employees supervised or team affiliation(s) and tasking(s), whichever is applicable.**

Phillip Wright is the Public Affairs Officer in Kinshasa. He reports directly to the DCM. Mr. Wright has overall responsibility for all aspects of the Public Affairs Section (PAS). This includes overall supervision and guidance for 10 Locally Employed Staff (LESs), an American DPAO, and the Director of the Congo-American Language Institute (CALI). Mr. Wright also has ultimate responsibility for the effective use of a public affairs budget of around half a million dollars.

**B. Divide work requirements into two categories: continuing responsibilities and specific objectives (including, as appropriate, professional development activities), listing these in descending priority order.**

Manage post's public affairs activities, including the full range of resources available both locally and from Washington.

Provide effective liaison and co-ordination between the various public diplomacy elements in the State Department and the various sections of the Embassy in Kinshasa.

Supervise and mentor the PAS LESs and the DPAO.

Provide broad oversight and direction to CALI.

Supervise exchange programs such as the International Visitors program, the Fulbright program, and other similar programs offered by the State Department.

Provide information and press support for the Embassy.

Ensure the proper handling of classified material.

Specific

Use PD resources to support the process of democratization in the DRC through additional American speakers and exchange visitors prior to elections.

Expand public affairs activities, including programming and exchange activities, to areas of the DRC outside of Kinshasa.

Strengthen the activities of the press section, including by training new staff.

**C. Describe any special circumstances influencing the work program.**

PAS-Kinshasa faces the task of supporting a historic transition process with an operation that has been understaffed and somewhat dormant in recent years. The DRC is a maximum hardship post. PAS-Kinshasa is working to expand its activities in a country that remains fragmented and where travel remains difficult, and at times dangerous. Kinshasa is a city with a high crime rate, a poor infrastructure, and generally unsanitary conditions. PD work is carried out in an environment that is difficult, depressing, unhealthy, and at times dangerous.

| IV. EVALUATION OF PERFORMANCE AND ACCOMPLISHMENTS (Completed by Rater) |
|---|
| ALL CLASSES |

**A. General Appraisal:**

| | YES | NO |
|---|---|---|
| 1. All Employees: Performance was satisfactory or better (If no, see instructions for documenting unsatisfactory performance) | ☒ | ☐ |
| 2. SFS Members: 1. Adjustment of Salary Level -- Performance was excellent or better | ☐ | ☐ |
| 2. Member is recommended for Performance Pay (see instructions) | ☐ | ☐ |
| 3. Member is recommended for Recertification -- Performance was excellent or better | ☐ | ☐ |
| (See instructions for recertification, conditional recertification, and non-recertification criteria) | | |

**B. Discussion:** Identify at least three of the work requirements including continuing responsibilities and/or specific objectives listed in Section III. For each, using examples, describe the employee's performance and accomplishments.

Phil Wright relishes being an iconoclast and rebel. He sits at the back of the room in meetings and makes irreverent comments. He is openly amused by the foibles and frailties of our Service. He's not shy about expressing his frustrations with the personnel system.

Over the years, these traits have probably hurt Phil -- both with supervisors and with the boards. Frankly, I was initially skeptical that he would work out in a PD assignment as challenging as that in Kinshasa. Congo is still at the fragile early stages of peace after five years of war. Congolese remain suspicious of perceived U.S. support for Congo's enemies during the war. Journalists from major American and European news organizations visit frequently, eager for a story that 'proves' once more Western perfidy in Congo.

Yet, overcoming my initial doubts, Phil has done an impressive job in managing and expanding our Public Affairs program. After several years in which the section faced numerous disruptions -- including post closure in 1998 and the expulsion of the PAO in 2000 -- Phil has steadily rebuilt PD as a fully functioning operation. With the help of a capable Deputy PAO whose skills and personality complement his own, Phil has expanded the number of International Visitors, revived the American speakers series with a lecturer on the Africa Growth and Opportunity Act (and more in the pipeline), and put Congo back on the map for cultural programming (including the Jazz Ambassadors and two gospel singers). All of these programs have been extremely well received in Congo -- the third most populous country in Sub-Saharan Africa.

I've been especially pleased with Phil's commitment to regional outreach in Congo, a country the size of the U.S. east of the Mississippi River with abysmal transportation infrastructure. Despite severe logistical constraints, Phil has made visits to numerous cities outside the capital (including in former rebel-held areas) to re-connect with the academic community and share information on PD cultural programs. This has paid dividends in extending the geographic reach of PD activities. For example, participants from Kisangani and Lubumbashi joined this year's Fullbright Summer Institute programs. The Ambassador's Cultural Preservation Fund project will be at the museum of Lubumbashi this year, not in Kinshasa as before. And Phil has identified several sites for establishment of possible 'American Corners' in regional universities.

Phil's work with the sometimes aggressive international press corps has also been commendable. He has developed a strong relationship with key Western journalists (Washington Post, New York Times, Economist, etc.) who visit Congo frequently. He helps them make contacts in the Congolese community and obtain the interviews they need. He encourages Embassy staff to meet with the press to get our message out. But he is also appropriately protective: strictly enforcing the ground rules or running interference when we prefer to handle an issue without press attention (e.g., recent allegations of nuclear smuggling). Thanks to Phil's work with these journalists, we've had good success in ensuring that USG views are reflected in important stories -- and (miraculously) we haven't been 'burned' by any embarrassing articles.

## V. EVALUATION OF POTENTIAL (Completed    Rater)

**A. For Career Candidates only:** Assessment of career potential as a Foreign Service Officer or Foreign Service Specialist:
- ☐ Unable to assess potential from observations to date
- ☐ Candidate is unlikely to serve effectively even with additional experience
- ☐ Candidate is likely to serve effectively but judgement is contingent on additional evaluated experience
- ☐ Candidate is recommended for tenure and can be expected to serve successfully across a normal career span (see instructions)

(Support your choice by discussing below the candidate's potential for successful service across a normal career span, citing examples which illustrate strengths and weaknesses in each of the competencies cited below.)

**B. For all Foreign Service employees:** For each of the competency groups listed below, draw on specific examples of performance to describe the rated employee's potential for advancement in the Service. (See Core Precepts for definitions of competencies.)
1. Leadership Skills   2. Managerial Skills   3. Interpersonal Skills   4. Communication and Foreign Language Skills
5. Intellectual Skills   6. Substantive Knowledge

Phil has performed commendably in Kinshasa's challenging PAO position. He clearly has shown the potential to serve effectively at the FS-02 level, and merits promotion.

Leadership: Phil mapped out a strategy to revive full PD programming and he's well on his way to achieving it. He cleverly persuaded the AF/PD Director to visit Kinshasa as a way to raise PD/Kinshasa's profile, get Department buy-in to his plans, and lobby for additional resources.

Management: To plug a critical gap, Phil hired a sharp new FSN press assistant and has provided the necessary training and mentoring. This employee has expanded PD's contacts with the local press and begun drafting messages on the media environment. Phil's management of his diverse staff fully assures EEO.

Interpersonal: Phil gets along well with other members of the Kinshasa team and is a sought-after interlocutor socially. His public iconoclasm could be misinterpreted by some as hostility to authority, but the Ambassador and I have found him highly responsive to our requests and guidance. As President of post's Recreation Association, Phil also shows his commitment to the well-being of the broader Embassy community.

Communication: A capable writer, Phil drafts almost all speeches delivered by the Ambassador or me. He has worked during the rating period on making his oral presentations more focused. While handicapped by weak French that limits outreach to the Congolese, he is increasing representational activities to compensate.

Intellectual: Smart and widely read, Phil integrates a range of cultural and intellectual influences in developing PD programs. His intellectual curiosity extends to combing obscure journals and newly published books for new information about Congo. He eagerly shares these items with the entire Embassy community.

Substantive: Phil's oversight of the PD Section's successful relocation of the Congo-American Language Institute (CALI) showcased his professional expertise and institutional knowledge. While delegating much of the detail work, Phil took the lead in coordinating with other mission elements and Washington actors (including the Overseas Buildings Office and Diplomatic Security) to keep the project moving. This required developing a creative alternative when OBO rejected the initial plan as too costly. CALI, with more than 600 students, is now in a vastly improved and safer facility. As an indication of the importance of this program to our public diplomacy in Congo, CALI's 'grand re-opening' was attended by the Ministers of Foreign Affairs, Culture, and Higher Education and featured extensively in the press.

Under Phil's direction, PD/Kinshasa has had a highly productive year. He's turned in a solid performance in this double-stretch assignment to an FS-1 position. I urge the boards to recognize Phil's achievements and potential by promoting him to FS-02.

**C. Areas for Improvement:** The following must be completed for all employees. Employees must be made aware of areas where they should concentrate their efforts to improve. Specify at least one area in which he/she might best direct such efforts. Area(s) cited must be explicitly linked to one or more of the competency groups listed in Section V B and must have been discussed with the employee in counseling during the rating period. Justify your recommendation with examples and indicate below competency group(s) being addressed.
*(The response is not to be directed to need for formal training.)*

Specify Competency _____Communication_____   Specify Competency _____

Phil is hampered by weak French in performing his role as Embassy spokesman and in tracking developments in the local media. In the eighteen months remaining in this tour, I urge him to work to improve his language skills.

## VI. REVIEW STATEMENT *(Completed by Reviewer)*

Assess the employee's performance and potential (if a career candidate, potential to serve across a normal career span-see instructions). Independent observations are encouraged and must be supported by additional examples of performance observed this rating period. Note differences with the rater's appraisal or recommendations. Comment on relations between rater and employee.

I fully concur with the very positive report which DCM Swan has written on Phil Wright's performance. Relations between rater and employee were excellent.

Right up front I also want to strongly endorse the DCM's recommendation that Phil Wright be promoted at the first opportunity. He more than meets the performance standards of FS-02 already.

Frequent press interviews and representational events with visiting performers have allowed me to observe Phil's qualities up close and in many different lights. He is a diamond in the rough, but clearly a diamond. He handles visiting journalists very professionally. He negotiates the terms of the interview before I meet a journalist, and he repeats those ground rules at the beginning of the interview. As a result, we have had no embarrasing misunderstandings. I rely fully on his judgment about the usefulness of a particular interview and about the seriousness of the journalist who requests it.

Putting together representational events involving visiting performers has highlighted Phil's talents for organization and coping with the requirements of demanding artists. Every visiting artist has made a point of emphasizing to me how much they enjoyed working with Phil because of his professionalism, his willingess to accommodate every reasonable demand, and his ability to improvise when local conditions (electricity cuts, transportation snarls, etc) interfere with the best laid plans. The directors of the French and Belgian cultural centers in Kinshasa are highly complimentary of Phil's abilities to organize such successful representational events and his willingness to use French or Belgian facilities to stage them.

In short, Phil has a highly successful track record that shows that he is ready to move on to more challenging assignments as an FS-02.

## VII. STATEMENT BY RATED EMPLOYEE

**A. Discussion:** This Section is intended to provide the rated employee's views on the period of performance appraised. You must comment on your most significant achievements during the period. You also may address any activities or problems not adequately covered in this report, or aspects of the appraisal which need clarification or correction. You are encouraged to state your current career goals including training and assignments desired over the next 5 years. *(Continuation sheets may be used.)*

As noted, this year saw a continuing reestablishment and improvement of PD activities in the Democratic Republic of the Congo (DRC). We continued to expand our exchange programs such as by adding Congolese participants to the Fulbright Summer Institutes. We also expanded the range of the International Visitors (IV) program to the southern and eastern Congo. We have hopefully improved the quality of our participants in the IV program. **We have also made the IV program more relevant to the needs of the DRC by organizing single-country projects.** For FY 2004 we have two such projects on "Conflict Resolution" and "Women and Economic Development". For the coming year, I hope we can improve the quality of our Congolese Fulbright candidates. On the positive side, we will have one American Fulbright professor and one American Fulbright student here in the fall. This will be the first time in several years that we have had American Fulbrighters in the DRC.

Perhaps the most notable change during this rating period was in relation to the press. As the transitional process has taken hold and the country has been at least nominally reunified, we have seen a great increase in the number of international journalists visiting Kinshasa. These journalists are still primarily interested in events in the eastern Congo. Previously, these journalists usually entered the eastern Congo through Uganda or Rwanda and did not visit Kinshasa at all. As the DCM has noted, our policy of openness while maintaining **confidentiality has allowed our views to be reflected in these stories without negative comments concerning** USG policy. This reflects my longstanding practice of making sure that journalists see me and the Mission as allies and not as enemies or hindrances. This is the same policy I used effectively in China and Yugoslavia. (For example, see the acknowledgements in "Balkan Ghosts" by Robert Kaplan.)

Regarding the French, it's perhaps not quite as bad as the DCM states. Reading French is not generally a problem, nor is giving prepared remarks in French. For informal conversations and extemporaneous remarks, I can get the job done, but it ain't always elegant. I don't feel that any of this limits outreach since we have several local staff who are quite fluent in English and French (and Lingala and Swahili, etc.), so we get our message across. I have been faced with the monumental task here of having to rebuild a large PD program across the board. Due to the huge demands on my time, I had to make some tough tactical choices early on. One of these was that I would not be able to spend a lot of time studying and maintaining my French, much as I love foreign languages. As the operation here continues to gel and as the staff understands what we are trying to do and how we are to do it, I hope to have more time to devote to language study as well as to keeping informed of substantive issues and to studying Congolese and regional history.

B. I acknowledge receipt of this report.

Date Section VII Completed. *(mm-dd-yyyy)* _5-7-04_    _Phillip E. Wright_
                                                      Employee's Signature



U.S. Department of State

# U.S. FOREIGN SERVICE EMPLOYEE EVALUATION REPORT

## SUBMISSION CONTROL

| DATE RECEIVED IN POST/BUREAU (mm-dd-yyyy) | DATE RECEIVED IN HR/PE (mm-dd-yyyy) | DATE RELEASED TO DEPARTMENT FILES (mm-dd-yyyy) |
|---|---|---|
|  |  |  |

**NAME OF EMPLOYEE BEING RATED** (Last, First, MI): WRIGHT Phillip E.

**TYPE OF REPORT:** REGULAR [X]   CAREER CANDIDATE [ ]   VOLUNTARY [ ]
**INTERIM:** Change of Rater [ ]   Duties [ ]   Assignment [ ]

**GRADE:** FS-03   **SSN:** 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
**POSITION TITLE:** Public Affairs Officer

**POST OR ORGANIZATION:** Embassy Kinshasa
**PERIOD COVERED** (mm-dd-yyyy): From 07-26-2004 To 04-15-2005

**RATER:** Thomas Dougherty   **TITLE:** Deputy Chief of Mission   **GRADE:** FS-01
**REVIEWER:** Roger A. Meece   **TITLE:** Ambassador   **GRADE:** FA-MC

A. _Thomas Dougherty_ 4/13/05 (Rater's signature upon completion of Sections I, III, IV and V / Date)

After careful review, I consider this report to be complete, in conformance with the instructions, and adequately documented by specific examples of performance.

B. _[signature]_ 4/15/05 (Reviewer's signature upon completion of Section VI / Date)

## I. CERTIFICATION – WORK REQUIREMENTS AND COUNSELING

Work requirements were established by rater, reviewer, and employee on (mm-dd-yyyy)   07-30-2004

If applicable, requirements were revised on (mm-dd-yyyy)   10-06-2004

Employee's performance was discussed (candidate was counseled) on at least two dates as follows: (mm-dd-yyyy)

1.  10-06-2004    2.  11-16-2004    3.  01-25-2005    4. _____

In the case of an unsatisfactory performance rating, this is also to certify that the requirements of 3 FAH-1 H-2814. 3 (tenured employees), 3FAH-1 H-2326 (employees subject to administrative promotion), or 3 FAM 2248 (FSO Career Candidates) have been met.

I certify that counseling sessions took place during the rating period and that at least one of them was documented in writing using the Counseling Certification Form (DS-1974).

_Thomas Dougherty_ (Rating Officer)   _Phillip E. Wright_ (Rated Employee)   5-9-05 (Date)

## II. REVIEW PANEL STATEMENT (Completed by Review Panel)

A. **Examples of Performance:** Specific examples have been provided in all sections [X] Yes (If not, return for rewrite.)
B. **Certification:** This report has been prepared according to the regulations and contains no inadmissible material.

12 May 05   Maureen E. Park   _[signature]_
Date (mm-dd-yyyy)   Panel Chairperson's Name - Type   Signature

C. **Comments:** (If submitted late, indicate who is responsible for delay.)

Per Rated Employee's phone conversation with Kinshasa HR Officer on May 12, 2005, Thomas L. Schmitz, FMO, is authorized to sign the corrected copy of his Employee Statement.

When completed on Foreign Service personnel, this is an efficiency report which shall be subject to inspection only by those persons authorized by Sec. 604 of the Foreign Service Act of 1980.

DS-1829
08-2002

55

Page 1 of 6

### III. EMPLOYEE'S JOB AND WORK REQUIREMENTS (Established by Rater, Reviewer and Employee)

A. Describe the position and where it fits in the staffing pattern; indicate the number and kind of employees supervised or team affiliation(s) and tasking(s), whichever is applicable.

Phillip Wright is the Public Affairs Officer in Kinshasa, Democratic Republic of Congo (DRC). He reports directly to the Deputy Chief of Mission (DCM). Mr. Wright has overall responsibility for all aspects of the Public Affairs Section (PAS). This includes supervision and guidance for ten Locally Employed Staff (LES), an American Deputy Public Affairs Officer (DPAO), and the Director of the Congo-American Language Institute (CALI). Mr. Wright also has ultimate responsbility for the effective use of a public affairs budget of approximately half a million dollars.

B. Divide work requirements into two categories: continuing responsibilities and specific objectives (including, as appropriate, professional development activities), listing these in descending priority order.

CONTINUING RESPONSIBILITIES

1. Manage post's public affairs activities, including the full range of resources available both locally and from Washington.
2. Provide effective liaison and coordination between the various public diplomacy elements in the State Department and the various sections of the Embassy in Kinshasa.
3. Supervise and mentor the PAS Locally Employed Staff and the DPAO. Provide broad oversight and direction to CALI.
4. Supervise exchange programs such as the International Visitors program, the Fulbright program, and other similar programs offered by the State Department.
5. Provide information and press support for the Embassy.
6. Ensure the proper handling of classified material.

SPECIFIC OBJECTIVES

1. Expand the Embassy's outreach activities and media contacts.
2. Establish American Corners in Kinshasa and Lubumbashi.
3. Oversee efforts to improve the Embassy's technological assets such as improving the Embassy's website and digital communications capabilities.

C. Describe any special circumstances influencing the work program.

PAS-Kinshasa faces the task of supporting a historic transition process with an operation that has been understaffed and somewhat dormant in recent years. The DRC is a maximum hardship post. PAS-Kinshasa is working to expand its activities in a country that remains fragmented and where travel remains difficult. Kinshasa is a city with a high crime rate, a poor infrastructure, and generally unsanitary conditions. PD work is carried out in an environment that is difficult, depressing, unhealthy, and at times dangerous.

## IV. EVALUATION OF PERFORMANCE AND ACCOMPLISHMENTS (Completed by Rater)
### ALL CLASSES

**A. General Appraisal:**          YES   NO

1. All Employees: Performance was satisfactory or better (If no, see instructions for documenting unsatisfactory performance)    ☒   ☐

2. SFS Members:
   1. Adjustment of Salary Level -- Performance was excellent or better    ☐   ☐
   2. Member is recommended for Performance Pay (see instructions)    ☐   ☐
   3. Member is recommended for Recertification -- Performance was excellent or better    ☐   ☐
      (See instructions for recertification, conditional recertification, and non-recertification criteria)

**B. Discussion:** Identify at least three of the work requirements including continuing responsibilities and/or specific objectives listed in Section III. For each, using examples, describe the employee's performance and accomplishments.

At one of the Foreign Service's most challenging posts, Phil Wright has provided solid direction to the mission's public diplomacy program. His achievements are all the more noteworthy given the programming context in which they have been realized. The DRC, a country the size of the U.S. east of the Mississippi and with a population of about 60 million, is just emerging from a devastating war that resulted in 3.8 million deaths -- more than in any conflict since World War II. Despite these difficulties, Phil strengthened press operations, exchange programs, and mission outreach.

Phil's most significant accomplishment this rating period was getting press operations back to a fully functional level. Working with a newly-hired Information Assistant whom he trained, Phil ensured that Congolese media views of the U.S. and its policies were reported to Washington on a daily basis. In doing so, he made certain that irresponsible and inaccuate media reports were appropriately responded to. Phil also did an exceptionally good job in providing mission staff with a wide range of DRC-related articles and reports in English and French from international media. At the same time, Phil increased mission visibility through regular placements of Washington File articles, press releases and reports of mission programs, and interviews with the Ambassador and other mission personnel. Finally, Phil provided excellent support and background information to both resident and visiting American journalists reporting from Congo.

Phil also deserves praise for his management and reinvigoration of the Public Affairs Section's exchange programs. In recruiting a strong slate of International Visitors, he importantly made sure that in a country riven by regional and ethnic divisions there was an equitable representative balance among exchange grantees. He increased the number of Congolese participating in USG exchange programs by successfully nominating candidates for other exchange opportunities such as Summer Institute programs. Despite difficulties in identifying English-proficient and academically qualified candidates in a francophone country where the educational system withered during the war years, Phil has nevertheless been able to send Congolese students as Fulbrighters to the U.S. Post is hosting its first American Fulbright professor in more than a decade, and Phil and his section have done an outstanding job in supporting his year at the University of Kinshasa.

Due to the difficulties in obtaining U.S. Speakers for programs in the DRC, Phil increased emphasis on post-managed outreach programs. He programmed mission personnel as guest speakers at public diplomacy events, and made good use of the PAS-sponsored English language school for public programs. An all-night election program attracted hundreds of Congolese contacts, including representatives from all major media. In watching the election returns from the U.S. (and in learning about the elections at public diplomacy programs in October), key Congolese learned valuable lessons about how democracies work which will be of use to them as the DRC conducts its first-ever free elections in the coming year. By extensively revamping the mission homepage, Phil increased post's visibility throughout the country. With Congo's first American Corner to open imminently in Kinshasa, and with the subsequent establishment of a second American Corner in Lubumbashi, post's outreach will be significantly enhanced.

## V. EVALUATION OF POTENTIAL (Completed by PE)

A. **For Career Candidates only:** Assessment of career potential as a Foreign Service Officer or Foreign Service Specialist:
- [ ] Unable to assess potential from observations to date
- [ ] Candidate is unlikely to serve effectively even with additional experience
- [ ] Candidate is likely to serve effectively but judgement is contingent on additional evaluated experience
- [ ] Candidate is recommended for tenure and can be expected to serve successfully across a normal career span (see instructions)
(Support your choice by discussing below the candidate's potential for successful service across a normal career span, citing examples which illustrate strengths and weaknesses in each of the competencies cited below.)

B. **For all Foreign Service employees:** For each of the competency groups listed below, draw on specific examples of performance to describe the rated employee's potential for advancement in the Service. (See Core Precepts for definitions of competencies.)
1. Leadership Skills   2. Managerial Skills   3. Interpersonal Skills   4. Communication and Foreign Language Skills
5. Intellectual Skills   6. Substantive Knowledge

Phil Wright is performing well in a position two grades higher than his personal rank, and he has demonstrated solid public diplomacy skills in furthering key Mission Performance Plan goals and objectives.

Leadership: In rebuilding press operations at the Public Affairs Section, Phil provided much-needed leadership and direction. Likewise, in his dealings with poorly trained and sometimes irresponsible local media representatives, Phil endeavored to raise their level of professionalism. By serving as chair of the mission's employee association during the first part of the rating period, he made important contributions to post morale and to the well-being of the American community.

Managerial: Under the management of the Public Affairs Section, the Congolese-American Language Institute (CALI) continues to expand, with a current enrollment of about 1000. Phil has worked with CALI's director to conduct public workshops in Kinshasa and to hold programs in other parts of the DRC. Thanks to $100,000 in micro-scholarship funds that PAS was able to secure, deserving students have been able to study English. CALI's new facility, which Phil was instrumental in obtaining, provides an ideal venue for its activities.

Interpersonal: Phil works well with fellow Country Team members, and he has provided strong customer service and public affairs assistance to them. He is proactive with mission colleagues in offering to arrange press coverage in support of their visitors and programs. Phil also maintains productive working relationships with Congolese contacts in his efforts to make them better understand USG policies and positions.

Communication: Phil has excellent written and oral communication skills. His introductions and presentations at PAS programs are well-prepared and on-message. His formal reporting contributions during the rating period deserve special mention. When Rwanda's threat in late 2004 to again invade the DRC resulted in a flurry of anti-American articles in the Congolese press alleging a pro-Rwanda bias on the part of the USG, Phil drafted several cables that enabled Washington readers to better understand the situation. His reporting on governmental regulation of (and occasional interference with) the electronic media was also noteworthy.

Intellectual: In explaining American policies and culture to Congolese audiences, Phil is able to focus clearly and concisely on the central points of greatest importance. He has a very good understanding of the type of information his American colleagues require to better accomplish their objectives, and he provides a steady flow of such information to them.

Substantive Knowledge: Phil has an excellent understanding of the Congolese media, academic, and cultural environments in the DRC and how they impact the public diplomacy strategies of the U.S. mission. He also has a good knowledge of State Department regulations and procedures, and understands how they can be utilized to further mission goals and objectives.

### C. Areas for Improvement:
The following must be completed for all employees. Employees should be made aware of areas where they should concentrate their efforts to improve. Specify at least one area in which he/she might best direct such efforts. Area(s) cited must be explicitly linked to one or more of the competency groups listed in Section V B and must have been discussed with the employee in counseling during the rating period. Justify your recommendation with examples and indicate below competency group(s) being addressed.

*(The response is not to be directed to need for formal training.)*

Specify Competency _____Communication_____  Specify Competency _____

Phil's effectiveness with Congolese audiences would be enhanced by his endeavoring to improve his French language skills. He should seek opportunities to strengthen his professional command of the language.

## VI. REVIEW STATEMENT *(Completed by Reviewer)*

Assess the employee's performance and potential (if a career candidate, potential to serve across a normal career span-see instructions). Independent observations are encouraged and must be supported by additional examples of performance observed this rating period. Note differences with the rater's appraisal or recommendations. Comment on relations between rater and employee.

From my perspective, our public diplomacy programs represent some of the most significant activities of this Mission. Understanding of U.S. policies, programs, and intentions are poorly understood by many Congolese, and our actions are the object of suspicion and often astonishing misinterpretations at all levels, including senior-level officials. I have been heartened to have someone of Phil Wright's experience and knowledge to lead what I believe must be a continuing intense effort to get our messages out. As the rating narrative indicates, I believe that, under Phil's direction, we are scoring notable successes.

It is clear to me that Phil's knowledge of and good relations with the media in Kinshasa have been instrumental to the good placement and coverage we have been able to achieve. Very recently, for example, Phil organized a press roundtable with selected invited journalists for me, accompanied by a written letter, all designed to counter a series of recent articles misrepresenting current USG policies in the Congo. The result was a series of front page headlines, corresponding editorials, and continuing follow-on stories – a result in fact much better than what I thought would be possible. Phil is pursuing efforts to reinforce our message, and his section has also arranged a complementary public speaking opportunity for me at Kinshasa's largest university next week. I am very pleased with the Public Affairs Section (PAS) support Phil and his staff are providing in this effort, and our press outreach generally throughout the rating period.

The Public Affairs Section's effectiveness, however, is not limited to our media efforts. The English education program operating under PAS auspices is one of the most effective I have seen anywhere. I often receive favorable comments and expressions of interest from a variety of interlocutors, including senior officials, evidence of its positive and wide impact. Phil's section recently programmed me to provide remarks at a Women's History Month event staged at a local cultural center. Despite poor weather, I was struck by the excellent attendance in terms of the nature of the guests and their numbers, again testimony to the scope and quality of PAS contacts that Phil has been able to ensure. In another area, we are seeing the first significant new Fulbright activity involving the Democratic Republic of the Congo, another significant achievement and step forward in support of our overall Mission objectives.

Phil's open and easy style and his quick wit have resulted in excellent relations throughout the Mission, as well as with external contacts, including those with the rating officer. I fully endorse the very positive rating provided in this evaluation, and very much concur that Phil has demonstrated solid and successful public diplomacy skills in a difficult environment, an essential asset for our overall Mission operation.

### STATEMENT BY RATED EMPLOYEE

**A. Discussion:** This Section is intended to provide the rated employee's views on the period of performance appraised. You must comment on your most significant achievements during the period. You also may address any activities or problems not adequately covered in this report, or aspects of the appraisal which need clarification or correction. You are encouraged to state your current career goals including training and assignments desired over the next 5 years. *(Continuation sheets may be used.)*

The major achievement during this rating period was getting our press operation back up to speed. We were fortunate to hire a very capable press assistant who was able to quickly grasp our procedures and needs, with the result that we are now able to keep other sections of the Embassy and various offices in Washington comprehensively and regularly informed of media opinion and press developments in the DRC. We still have many improvements to make, but we have made substantial progress particularly considering that we had no press operation to speak of as recently as a year and a half ago.

At the same time, we have continued to improve the quality of the participants in our exchange programs, such as the International Visitor and Fulbright programs, while continuing to bring Congolese into other programs such as the Fulbright Summer Institute in American Studies. We seemed to have secured the ongoing presence of American Fulbright participants in the DRC. We have a Fulbright Professor and Fulbright Student here this year and we have a Fulbright Professor confirmed for the upcoming academic year.

Despite the difficulty of getting speakers here under our official speakers programs, we are utilizing other Americans as speakers such as the regional Information Resources Officer, the Regional English Language Officer, English Language Fellows from neighboring countries, and our Fulbright Professor. We are also making use of Embassy personnel to speak and do outreach, particularly with student audiences.

Our language school CALI, is probably doing as well as it ever has and is no longer losing money. In fact the school has reached the limits of the number of students it can accept due to the space limitations of the current facility. We are also beginning to have difficulties in finding teachers for the school who can maintain the high standards of the institution.

Finally, I don't want to blow my own horn too much, but the following happened before the arrival of the current Rating and Reviewing Officers and it is worthy of mention. On May 26, 2004 I was in the border city of Bukavu with one of my staff. There were also five other Americans from or affliated with the Embassy in Bukavu. This was the day renegade troops from one of the former rebel movements now in the transition government began to (temporarily as it turned out) take over the city. Due to our location, which at the time was on the front line of the rebels' advance, we were trapped in the crossfire for a day and a half and subject to ongoing automatic weapons and mortar fire. As the senior Officer on the ground, I played a key role in keeping morale up, keeping the group as safe as possible under the circumstances, and in expediting the group's departure from Bukavu.

The next weekend, Kinshasa was the scene of a major riot by Congolese angry at the UN's failure to prevent to the takeover of Bukavu and the following weekend saw an attempted coup. Both weekends saw major shooting and firefights near the Embassy and many of our residences, including my own. During this period, I stayed in touch with various sections of the Embassy (most of us were trapped in our houses) and provided information to a number of international reporters covering the situation.

**B.** I acknowledge receipt of this report.

Date Section VII Completed. *(mm-dd-yyyy)* _5/12/05_    _____ P Wright _____
Employee's Signature