# DECISION CRITERIA FOR TENURE AND PROMOTION
# IN THE FOREIGN SERVICE

The Core Precepts provide the guidelines by which Selection Boards determine the *tenure and promotability* of U.S. Foreign Service employees. *These Precepts will be in effect for the 2002-2003, 2003-2004 and 2004-2005 rating cycles.*

The Precepts enlarge upon the headings found in existing Employee Evaluation Report (EER) forms, defining the specific skills to be considered and the level of accomplishment expected at different grades. They distinguish between apprentice, journeyman and master level – the junior, mid-level and senior ranks.

The Precepts are arranged in a grid; the left column defines the skill; the progressive possession and exercise of that skill are captured in boxes from left to right. For example, under Substantive Knowledge, Job Information, a junior officer *"Uses FSI training to improve individual performance. Develops and applies knowledge needed in current assignment; learns factors which impact work; understands how job relates to organizational goals and U.S. policy objectives."*

The skills are cumulative; the descriptions for each level assume the employee has mastered those at the lower level(s). The rating *employee* should review descriptions at lower levels before making an evaluation. For instance, in rating a mid-level employee, the rating employee should review the descriptions both for "Mid-level" and for "Junior-level."

Because progression in some *specialist* skill codes is capped at the mid-levels, the Senior Foreign Service column does not apply to those specialists.

Management has consulted with AFSA regarding the content and form of these Precepts.

## Leadership Skills

| Junior-Level | Mid-Level | Senior-Level |
|---|---|---|
| **Problem Solving and Decision Making** | | |
| Identifies issues within context of own job which require decisions or other action; arrives at recommendations in a logical, orderly manner; acts confidently and decisively within own purview, consulting others as appropriate; is sensitive to needs and opinions of others. | Makes reasoned, effective, and timely decisions after considering all relevant factors and options, even when data are limited or conflicting or will produce unpleasant consequences; implements decisions and evaluates their impact and implications, making adjustments as needed. | Integrates policy and administrative factors into problem solving and decision making in a manner enhancing the entire organization; encourages staff to accept responsibility. |
| **Innovation** | | |
| Takes initiative to go beyond assigned tasks; identifies problems and proposes creative solutions; seeks to improve job and organization performance. | Develops insights into situations and applies them in the workplace; devises innovative solutions to make organizational improvements and policy adjustments. | Creates an organization-wide environment which encourages innovation; takes a long-term view and acts as a catalyst for constructive change; conceives and institutes organization-wide policy and program initiatives; anticipates and prepares for the future. |
| **Representational Skills** | | |
| Establishes and maintains purposeful and productive relationships with domestic and foreign contacts; interacts effectively in official and social encounters. | Identifies and cultivates key individuals and institutions; advances U.S. interests through hosting and attending representational events. | Moves with ease at all social settings and levels; ensures identification, cultivation, and periodic assessment of audiences important to U.S. interests. |
| **Openness to Dissent** | | |
| *Demonstrates the intellectual integrity to speak openly within channels and a willingness to risk criticism in order to voice sensible dissent.* Publicly supports official decisions, even when disagreeing with them. | Discerns when well-founded dissent is justified; *engages in constructive advocacy of policy alternatives;* guides staff to do the same. | Accords importance to well-founded dissent and defends its appropriate expression. |
| **Community Service and Institution Building** | | |
| *Participates actively in outreach or "community service" activities that contribute to employee welfare. For example, volunteers for Post or Department programs, initiatives, ceremonies, special events, blood and fund drives, and other activities.* | *Participates actively in performance evaluation decision making and resource allocation activities, e.g., serves on Selection Boards or on post EER Review Panel; works on resource allocation committees, e.g., Housing Board; counsels personnel more junior in grade.* | Participates actively in *"institution building"* activities that strengthen the Department as an organization. For example, recruits for the Department, e.g., serves as Diplomat-in-Residence or on the Board of Examiners; works on the Selection Boards; participates in Department mentoring program. |

DS-1829CP

## Managerial Skills

| Junior-Level | Mid-Level | Senior-Level |
|---|---|---|
| **Operational Effectiveness** | | |
| Plans, organizes, and directs activities effectively; ensures that projects within area of responsibility are completed in a timely manner; accepts supervision and guidance; provides feedback to supervisors. *Demonstrates commitment and moral courage by making difficult choices, by working with a sense of purpose, and by caring about the results.* | Produces results in most effective manner; objectively analyzes the organization's strengths and weaknesses, and takes appropriate action. | Establishes effective management procedures and controls; encourages and rewards efforts of staff to enhance their effectiveness; foresees challenges to, and opportunities for, the organization and takes steps in advance to deal with them. |
| **Management of Resources** | | |
| Utilizes internal controls to protect the integrity of the organization and prevent waste, fraud, and mismanagement, reporting any instances where such problems occur; uses material and financial resources prudently; strives to produce highest return with lowest cost. | Ensures that effective internal controls are in place and work correctly; allocates resources efficiently, equitably, and in conformity with policy and regulatory guidelines. | Evaluates adequacy of internal controls and ensures implementation of improvements as warranted; holds managers accountable for the consequences of their resource policy decisions; seeks resource adjustments as needed. |
| **Personal Security and Management of Classified Material and Information** | | |
| *Practices good personal security.* Takes full responsibility for handling and safeguarding classified material and information properly. | *Encourages the practice of good personal security measures. Takes full responsibility for handling and safeguarding classified material and information properly;* ensures that effective procedures are in place to protect classified material and information and that established security regulations are being followed. | *Promotes the practice of good personal security measures by employees. Takes full responsibility for handling and safeguarding classified material and information properly;* promotes security consciousness on an organization-wide basis; evaluates and monitors procedures to safeguard classified material and information, and ensures that necessary changes are made if current procedures are inadequate; holds managers accountable for the consequences of their security policy decisions. |
| **Performance Management and Evaluation** | | |
| Participates in preparation of work requirements for self and works with staff in preparing their work requirements; develops plans to accomplish work requirements; ensures that staff are appropriately utilized, appraised, and rewarded; gives staff both formal and informal feedback on performance and potential; completes employee evaluations in accordance with standards and deadlines. | Establishes broad performance expectations for unit; manages staff effectively, focusing on results; monitors plans to accomplish work requirements; delegates appropriately; creates a productive work environment in which the contributions of individuals are valued and encouraged; assists in preventing and resolving personnel problems; ensures that the evaluation process is properly conducted and that counseling occurs throughout the rating year. | Establishes organization-wide performance expectations; inspires a high level of performance in staff; ensures the professional development and mentoring of staff; oversees possible improvements in human resource processes; works to prevent and resolve personnel problems in a timely manner; ensures that the evaluation and counseling process is conducted effectively and in accordance with standards and deadlines. |
| **Support for Equal Employment Opportunity** | | |
| *Takes diversity training and applies its principles to the workplace;* treats all individuals with respect and without regard to race, color, gender, religion, national origin, age, disability, or sexual orientation; acts in compliance with USG and Department EEO policies. | *Recruits and develops employees to realize full potential of a diverse staff. Promotes diversity awareness through training; ensures by example and instruction, and verifies through monitoring and follow-up, that all employees are treated with fairness and respect;* applies EEO and merit principles consistently; identifies and addresses situations giving rise to complaints and grievances based on issues of fairness in the workplace. | *Manages diversity by recruiting diverse staff at all levels and ensuring staff diversity training and awareness.* Fosters an organization-wide environment in which diversity is valued and respected; provides personal leadership and vigorous support for EEO and fair employment practices. |

## Interpersonal Skills

| Junior-Level | Mid-Level | Senior-Level |
|---|---|---|
| **Professional Standards** | | |
| Holds self accountable for rules and responsibilities; is dependable and conscientious; is composed, professional, and productive, even in difficult conditions. | Is self-directed; consistently maintains equanimity and a professional demeanor; maintains own motivation and encourages others to persevere in difficult circumstances. | Sets the standard for integrity and workplace behavior by example and instruction; does not lose composure under stress or in crisis. |
| **Adaptability** | | |
| Adapts behavior and work methods as needed in response to new information, changing conditions, or unexpected obstacles; displays sensitivity to cultural differences. | Guides staff in adjusting to new environments and different value systems and cultures, while maintaining own standards and identity. | Anticipates and plans for change; exercises sophisticated cultural sensitivity in all circumstances. |
| **Customer Service** | | |
| Responds professionally, courteously and competently to both internal and external customers. | Balances competing and sometimes conflicting interests of a variety of customers; anticipates and responds appropriately to customer needs. | At the organization level, encourages customer-oriented focus; maintains or improves services organization-wide. |
| **Teamwork** | | |
| Applies what he/she learns about team building to be an effective team member. Is open to views of others; works in collaborative, inclusive, outcome-oriented manner with U.S. and foreign colleagues; accepts team consensus. | Is an effective team leader, who facilitates open exchange of ideas; fosters cooperation and collaboration among U.S. and foreign colleagues; motivates and guides team members toward a common goal. | Is an effective team motivator, who inspires all staff to participate and contribute; encourages and develops a team identity and cohesiveness among staff; resolves work-related problems by mobilizing team skills and resources. |
| **Social Perceptiveness** | | |
| Demonstrates sensitivity in both domestic and foreign environments to status, protocol, and chain of command; responds considerately to the needs, feelings, and capabilities of others; shows respect for cultural differences. | Understands and deals effectively with relationships and aspirations; anticipates how others will react; frames own responses to achieve results. | Navigates easily in an environment of shifting relationships; anticipates socially sensitive issues and takes appropriate action. |
| **Persuasion and Negotiation** | | |
| Learns to influence others; gains cooperation while showing, *in the spirit of mutual respect*, understanding of others' positions. | Influences others deftly; fosters understanding of U.S.G. and Department views and positions; develops alliances with others; finds common ground among disparate forces and builds consensus; facilitates win-win situations. | Negotiates effectively on a wide range of issues in internal, bilateral, and multilateral environments; manages and resolves major conflicts and disagreements in an interest-based manner; manifests a faculty for astute compromise without sacrificing ultimate goals. |

## Communication and Foreign Language Skills

| Junior-Level | Mid-Level | Senior-Level |
|---|---|---|
| **Written Communication** | | |
| Writes succinctly; produces written materials that are thorough; conveys analysis that highlights essential points and clearly explains essence of subject to the intended audience. | Writes persuasively; ensures that policy and operational issues are articulated in ways most helpful to decision makers; assists staff to develop effective writing skills. | Exhibits full mastery of written communication; shows sophisticated ability to analyze, synthesize, and advocate in a timely manner; edits others' texts judiciously. |
| **Oral Communication** | | |
| Speaks in a concise, effective, and organized manner, tailored to the audience and the situation; speaks convincingly in groups and in individual discussion. | Speaks authoritatively to all audiences, demonstrating comprehensive understanding of issues and options; articulates policy goals persuasively; fosters an atmosphere of open communication and exchange of ideas; seizes opportunities to present U.S. perspective to audiences. | Effectively argues complex policy issues; deals comfortably with the media and with the most senior levels of government and society; is active and effective in public diplomacy outreach. |
| **Active Listening** | | |
| Listens attentively; understands and absorbs others' messages; correctly reads nonverbal signals; summarizes others' views accurately and confirms accuracy of understanding; considers and responds respectfully and appropriately. | Instills trust in others which motivates them to speak openly and candidly; understands and respects cultural sensitivities and constraints in discussing issues and opinions; asks open-ended, incisive questions to ensure accuracy of understanding. | Adeptly discerns the innermost meanings and nuances of messages that others convey. |
| **Foreign Language Skill** | | |
| Attains professional proficiency* in at least one foreign language; uses foreign language skills to enhance job performance; seeks to improve foreign language skills.<br><br>*Generalists, to be tenured, must attain level removing them from language probation. | Has attained professional proficiency* in at least one foreign language; uses that skill effectively to communicate USG themes and exercise influence; works to increase foreign language ability.<br><br>*Generalists, to cross senior threshold, must attain S/3-R/3 in one language. | Having demonstrated proficiency in at least one foreign language, strives to acquire proficiency in one or more additional languages. |

DS-1829CP

## Intellectual Skills

| Junior-Level | Mid-Level | Senior-Level |
|---|---|---|
| **Information Gathering and Analysis** | | |
| Locates, evaluates, and quickly assimilates information; considers a variety of sources, cross-checking when appropriate; reorganizes information logically to maximize its practical utility and identify key underlying factors; recognizes when additional information is required and responds accordingly. | Has a sophisticated understanding of sources and their reliability; knows what to report and when; accepts that it may not be possible to base recommendations, decisions, or actions on comprehensive information; considers downstream consequences; guides and motivates staff to refine their own analytical skills. | Integrates fully a wide range of information and prior experiences in policy making; ensures that staff search out and evaluate information before making recommendations and decisions; recognizes situations in which information and analysis are incomplete, and responds wisely; accepts accountability for self and insists on it for staff. |
| **Critical Thinking** | | |
| Identifies key information, central issues, and common themes; distinguishes fact from opinion and relevant from irrelevant information; identifies the strengths and weaknesses of various approaches; outlines realistic options. | Isolates key points, central issues, and common themes in a mass of complex information; can determine the best solution or action from a range of options; is objective in analyzing problems and judging people. | Analyzes and defines complex policy issues clearly, in terms which permit them to be dealt with in a practical way; encourages staff to analyze situations and propose options, giving constructive and instructive feedback; correctly senses when it is appropriate to take risks, and does so. |
| **Active Learning** | | |
| Seeks out new job-related knowledge and readily grasps its implications for the workplace; seeks informal feedback and learns from mistakes; recognizes own strengths and weaknesses and pursues self-development. | Develops plans to broaden own knowledge and to teach others in the workplace; provides informal feedback to colleagues. | Anticipates the need for new information or knowledge for self and others; identifies sources of new information and communicates these sources to staff. |
| **Leadership and Management Training** | | |
| *Learns basic principles of effective leadership and management. Pursues formal and informal training opportunities.* | *Uses training opportunities to improve personal leadership and management skills to keep abreast of current theory and techniques. Applies the principles learned at FSI courses on the job, e.g. by developing subordinates.* | *Actively promotes leadership and management training at the organizational unit level; as appropriate opportunities arise, works to enhance that training; applies principles of leadership and management training to foster organizational improvements.* |

DS-1829CP                                                      Page 6 of 7

6

66

## Substantive Knowledge

| Junior-Level | Mid-Level | Senior-Level |
|---|---|---|
| **Job Information** | | |
| *Uses FSI training to improve individual performance.* Develops and applies knowledge needed in current assignment; learns factors which impact work; understands how job relates to organizational goals and U.S. policy objectives. | *Uses FSI training and other means to improve programs*; has broad knowledge of job-related processes and practices; remains current on policies and trends that affect the organization; analyzes the interplay of forces influencing the achievement of policy and program objectives and makes reasonable recommendations. | *Utilizes FSI training to raise level of organizational unit performance.* Integrates thorough knowledge of issues arising in job to formulate and implement policies and programs; monitors internal and external sources for information and ideas; uses job knowledge to shape outcomes; guides staff in developing their job-related knowledge. |
| **Institutional Knowledge** | | |
| Understands institutional realities which may affect work; understands the role and power of various offices and people, both domestically and abroad; cultivates and utilizes contacts in other organizational entities; uses institutional understanding to get things done. | Applies knowledge of institutional realities to policy and operational issues; crosses institutional boundaries in obtaining information and building support; operates on an equal footing with officials in other bureaus, agencies, foreign governments, business communities, academia, and media; assists staff to comprehend the institutional influences within which they work. | Uses sophisticated institutional understanding to avoid problems and advance U.S.G. goals; ensures that staff are mindful of the importance of proper and prudent process in securing desired outcomes. |
| **Professional Expertise** | | |
| Understands and applies Foreign Service procedures, requirements, regulations, and policies; assimilates Foreign Service milieu; builds knowledge of U.S. and foreign environments; uses developing expertise in work situations. | Strives to deepen understanding of the Foreign Service as a profession; uses expertise to evaluate policies and programs and to advise and develop others; is able to operate independently to further bureau/mission objectives. | Combines mastery of U.S. policy objectives and knowledge of foreign environments to advance U.S.G. goals; assists staff to develop Foreign Service skills and expertise, promoting a work environment that enhances their professional development. |
| **Knowledge of Foreign Cultures** | | |
| Demonstrates knowledge of foreign cultures, values, and norms; appropriately applies foreign perspective to domestic assignments and host country perspective to assignments abroad. | Has sophisticated grasp of foreign political, economic, cultural, and information environments; relates knowledge to fulfillment of bureau/mission goals. | Uses thorough knowledge of foreign environments to identify and seize opportunities to advance U.S.G. goals. |
| **Technical Skills** | | |
| Learns and uses technical skills and technology as appropriate in setting of job; understands the impact of technology on the workplace; seeks ways to use technology to enhance performance. | Continuously enhances own and staff's understanding of work-related technical skills and technology and their applications; advances policy and program goals through the use of available and appropriate technology. | Promotes own and staff's full utilization of technical skills and technology to achieve bureau/mission goals; devises efficient and cost-effective strategies to integrate technology into the workplace. |

DS-1829CP