**In the Matter of AGS 2001-36 (Phillip E. Wright, Grievant)**

## DECLARATION OF MICHEAL D. SLACK

I, Micheal D. Slack, hereby declare as follows:

(1) I served as political officer at ConGen Guangzhou from June 1993 through July 1995. During that time I both lived and worked in close proximity to Mr. Wright.

(2) Looking through copies of Mr. Wright's OERs, I see much that I recall. Mr. Wright was not alone in experiencing difficulties with provincial officials that were unlike those experienced in Beijing or at other consular posts in China, or in having difficulties making our counterparts in Beijing understand those problems. Nonetheless, from the point of view of one on the ground with him in Guangzhou, it appeared to me that Mr. Wright ran an effective operation that was a credit to the USG and to USIS.

(3) Mr. Wright's OER statements reply accurately, to my recollection, to the substantive criticisms by his rating and reviewing officers. What is left appears to me to be strong emotions on both sides by rating officers who felt that their long distance supervision and infrequent visits were attended with less deference and welcome than they expected, and a rated officer who was somewhat less deferential than he might have been. I can't comment on whether he managed his operation in accordance with USIS' bureaucratic culture. But look at the substance. In spite of obstruction by local authorities, Mr. Wright did expand programs, as evidenced by the increase in IV programs, by finding creative ways of dealing with local authorities. Certainly he helped me secure nominations for provincial officials, including an innovative joint program for wildlife officials of three contiguous provinces to study U.S. programs for endangered species. I always found him to be cooperative and collegial.

(4) Mr. Wright's selection as runner-up for the American Foreign Service Association's 1996 William R. Rivkin Award for Foreign Service Officers who have "exhibited extraordinary accomplishment involving initiative, integrity, intellectual courage and constructive dissent" is evidence of the fact that there were policy differences between Mr. Wright and his superiors and that others recognized his ability to handle those differences in a constructive fashion. Mr. Wright's superiors in Beijing may not have found him receptive to their management, but that did not translate into any ineffectiveness in the performance of his duties or in his dealings with provincial officials or his colleagues at the Consulate General that was apparent to me during my two years at post.

I declare under penalty of perjury that the following is true and correct.

Executed on August 13, 2001.

Micheal D. Slack
Foreign Affairs Officer
PM/RSAT Room 7424
Department of State
Washington, DC 20520
(202) 647-2882