UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                )
PHILLIP E. WRIGHT,              )
                                )
            Plaintiff,          )
                                )
      v.                        )   Civil Action No. 06-0526(JDB)
                                )
FOREIGN SERVICE GRIEVANCE       )
BOARD, et al.,                  )
                                )
            Defendants.         )
_____)

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file a reply and response to plaintiff's motion for summary judgment up to and including February 22, 2007.

Counsel for the defendant has numerous deadlines in other cases including a motion for summary affirmance due in the Court of Appeals next week.  In addition, counsel became unexpectedly ill for two days and was out of the office.

Counsel for the defendant contacted plaintiff pro se who consented to this request.

Wherefore, it is respectfully requested that the defendant have up to and including February 22, 2007 to file a reply and opposition to plaintiff's motion for summary judgment.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____ day of February, 2007, that a copy of the foregoing was served by First-Class mail to:

PHILLIP E. WRIGHT
4260 Franklin Street
China Grove, NC 28023

_____/s/_____
DIANE M. SULLIVAN
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205