UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP E. WRIGHT,

Plaintiff

v.

FOREIGN SERVICE GRIEVANCE
BOARD, et al.

Defendants

Civil Action No. 06-0526 (JDB)

FILED

AUG 0 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of [14] defendants' motion to dismiss and motion for summary judgment, [21] plaintiff's cross-motion for summary judgment, and the entire record herein, and for the reasons given in the memorandum opinion issued on this date, it is this 3rd day of August, 2007, hereby

**ORDERED** that [14] defendants' motion to dismiss and for summary judgment is **GRANTED**; it is further

**ORDERED** that [21] plaintiff's motion for summary judgment is **DENIED**; it is further

**ORDERED** that **JUDGMENT** is entered for defendants with respect to plaintiff's claims challenging the July 8, 2003 decision of the Foreign Service Grievance Board; and it is further

**ORDERED** that plaintiff's claims with respect to the July 14, 2005 settlement agreement are **DISMISSED.**

/s/ John D. Bates
JOHN D. BATES
United States District Judge