UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


PHILLIP E. WRIGHT,

    Plaintiff

        vs.                                Civil Action No. 06-0526 (JDB)

FOREIGN SERVICE GRIEVANCE
BOARD, UNITED STATES DEPARTMENT
OF STATE, AND CONDOLEEZZA RICE IN
HER OFFICIAL CAPACITY AS UNITED
STATES SECRETARY OF STATE,

    Defendants


NOTICE OF APPEAL


Notice is hereby given this 26th day of September, 2007, that Phillip E. Wright,

Plaintiff, hereby appeals to the United States Court of Appeals for the District of

Columbia Circuit from the judgment of this Court entered on the 3rd day of August, 2007,

in favor of the Defendants in this matter and against said Plaintiff Phillip E. Wright.


                                *Phillip E. Wright*
                                Phillip E. Wright, Plaintiff Pro Se

                                4260 Franklin Street
                                China Grove, NC 28023
                                Tel: 704-796-2272
                                E-mail: pwrightjr1@yahoo.com

RECEIVED

SEP 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED

SEP 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PHILLIP E. WRIGHT,

    **Plaintiff**

        **vs.**                       **Civil Action No. 06-0526 (JDB)**

**FOREIGN SERVICE GRIEVANCE
BOARD, UNITED STATES DEPARTMENT
OF STATE, AND CONDOLEEZZA RICE IN
HER OFFICIAL CAPACITY AS UNITED
STATES SECRETARY OF STATE,**

    **Defendants**

### NOTICE OF APPEAL

Notice is hereby given this 26th day of September, 2007, that Phillip E. Wright,

Plaintiff, hereby appeals to the United States Court of Appeals for the District of

Columbia Circuit from the judgment of this Court entered on the 3rd day of August, 2007,

in favor of the Defendants in this matter and against said Plaintiff Phillip E. Wright.


*Phillip E. Wright*
Phillip E. Wright, Plaintiff Pro Se

4260 Franklin Street
China Grove, NC 28023
Tel: 704-796-2272
E-mail: pwrightjr1@yahoo.com